B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Commercial Resources Construction Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3673771** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**200 West Jackson # 1950**<br>**Chicago, IL**<br><br>ZIP Code **60606-6944** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                           Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Commercial Resources Construction Company, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

   ■    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____<br>
          (Name of landlord that obtained judgment)

          _____<br>
          (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Commercial Resources Construction Company, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ JARRET S. NIESSE** _____
Signature of Attorney for Debtor(s)

**JARRET S. NIESSE 6286967**
Printed Name of Attorney for Debtor(s)

**Law Office of David W. Daudell**
Firm Name

**211 W. Wacker Drive Suite 500**
**Chicago, IL 60606**
Address

**312-701-0012  Fax: 312-701-9056**
Telephone Number

**June 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Roger Klees** _____
Signature of Authorized Individual

**Roger Klees**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 28, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Commercial Resources Construction Company, Inc.** ,

Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 3,906,734.12 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 400,152.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 24,227.52 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 5,963,086.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| | Total Assets | | 3,906,734.12 | | |
| | | Total Liabilities | | 6,387,465.96 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Commercial Resources Construction Company, Inc.**_____,   Case No. _____
                                            Debtor

                                            Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Commercial Resources Construction Company, Inc.**                    ,    Case No. _____
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

__0__    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Commercial Resources Construction Company, Inc.**                                     ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |

 __3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Commercial Resources Construction Company, Inc.** ,        Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **7.69% interest in The Chicago Club, LLC a vacation home** | - | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Construction work completed for:** | - | **3,165,733.95** |
| | | **Gold Coast Investors, LLC**<br>**333 West Wacker Drive**<br>**Suite 1600**<br>**Chicago, Illinois 60606** | | |
| | | **Construction Work completed for:** | - | **140,608.84** |
| | | **Intergrys Business Support, LLC**<br>**Accounts Payable Business Support**<br>**P.O. Box 19800**<br>**Green Bay, WI 54307-9004** | | |
| | | **Consecution work completed for:** | - | **52,290.00** |
| | | **MB Real Estate**<br>**50 West Washington**<br>**Chicago, Illinois 60602** | | |
| | | **Offset for rent.** | | |

Sub-Total >        **3,358,632.79**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Commercial Resources Construction Company, Inc.** ,    Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Consecution work completed for: | - | 81,970.00 |
| | | Cash net USA.com<br>200 Wet Jackson<br>24th Floor<br>Chicago, Illinois 60606 | | |
| | | Construction work for: | - | 232,230.33 |
| | | Transwestern SL Gale Naperville LLC<br>1240 E. Diehl Road<br>Nasperville, Illinois 60563 | | |
| | | Construction work completed for | - | 130,149.60 |
| | | US Equal Employment Opportunity Comm.<br>500 West Madision Avenue<br>28th Florr<br>Chicago, Illinois 60661 | | |
| | | Consecution work completed for | - | 103,751.40 |
| | | UST-GEPT JV LP<br>500 West Madison Avenue<br>Chicago, Illinois 60661 | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    548,101.33
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Commercial Resources Construction Company, Inc.**                                          ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Total >        **3,906,734.12**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Commercial Resources Construction Company, Inc.** , Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **0230229711** <br><br> **Bank Of America** <br>**P.O. Box 2864** <br>**Hartford, CT 06101-8715** | - | | | **1007** <br><br>**Statutory Lien** <br><br>**Commerical loan** <br><br> Value $           **0.00** | | X | | **390,000.00** | **390,000.00** |
| Account No. <br><br> **The Chicago CLub LLC i/c** <br>**The Barry Law Group, P.C.** <br>**3551 West 111th Street** <br>**Chicago, IL 60655** | - | | | **July 2007** <br><br>**Statutory Lien** <br><br>**7.69% of the Chicago CLub, LLC vacation poeprty in South Carolina; operating agreement costs** <br> Value $        **Unknown** | | | | **10,152.00** | **Unknown** |
| Account No. <br><br><br><br><br><br> | | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br><br> | | | | <br><br><br><br><br> Value $ | | | | | |
| **0**   continuation sheets attached | | | | | | | Subtotal <br>(Total of this page) | **400,152.00** | **390,000.00** |
| | | | | | | | Total <br>(Report on Summary of Schedules) | **400,152.00** | **390,000.00** |

B6E (Official Form 6E) (4/10)

In re    **Commercial Resources Construction Company, Inc.**                    ,    Case No. _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Commercial Resources Construction Company, Inc.**                     ,    Case No. _____
                                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br><br>**American Funds**<br>**P.O. Box 6007**<br>**Indianapolis, IN 46206-6007** | - | | | **2008-09**<br><br>**Contribution to employees 401(k)** | X | | | 24,227.52 | 0.00<br><br>24,227.52 | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 0.00<br>24,227.52 | 24,227.52 |
| Total<br>(Report on Summary of Schedules) | 0.00<br>24,227.52 | 24,227.52 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Commercial Resources Construction Company, Inc.**                     ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**200 West Jackson- VEF VI, LLC**<br>**36400 Eagle Way**<br>**Chicago, IL 60678-1364** | - | | **2009**<br>**Rent** | X | | | **6,932.15** |
| Account No.<br><br>**200 West Jackson- VEF VI, LLC**<br>**36400 Eagle Way**<br>**Chicago, IL 60678-1364** | - | | **2009**<br>**Rent** | X | | | **98,843.08** |
| Account No.<br><br>**3MD Relocation Services LLC**<br>**3600 25th Avenue**<br>**Broadview, IL 60155** | - | | **2008**<br>**Subcontractor** | X | | | **3,941.82** |
| Account No.  **COM105**<br><br>**Accurate Partitions**<br>**P.O. Box 287**<br>**Lyons, IL 60534** | - | | **2007-2008**<br>**Labor and Materials** | X | | | **9,448.00** |

|  |  |
|---|---|
| __23__  continuation sheets attached | Subtotal<br>(Total of this page)    **119,165.05** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.**                                      ,   Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **133251833** <br><br> **ADT** <br> **P.O. Box 371967** <br> **Pittsburgh, PA 15250-7967** | - | | | 2008-2009 <br> Alarm Service | | X | | 6,859.59 |
| Account No. <br><br> **AHL** <br> **53 West Jackson Boulevard** <br> **Chicago, IL 60604** | - | | | 2008 <br> Labor and Materials | | X | | 1,005.00 |
| Account No. **29189** <br><br> **Alexander V. Kuhn & Co.** <br> **123 West Front Street** <br> **Suite #200** <br> **Chicago, IL 60187** | - | | | 2009 <br> Account | | X | | 13,297.50 |
| Account No. **3-0710-0058321** <br><br> **Allied Waste Service, Inc.** <br> **P.O. Box 9001154** <br> **Louisville, KY 40290-1154** | - | | | 2009 <br> Waste Service | | X | | 95.10 |
| Account No. <br><br> **American Electric Construction Co.** <br> **620 Pratt Avenue** <br> **Schaumburg, IL 60193** | - | | | 2008 <br> Labor and Materials | | X | | 58,455.00 |

Sheet no. __1__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 79,712.19 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Commercial Resources Construction Company, Inc.**                                    , Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **026006**<br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | - | | **2009**<br>**Business Purposes** | X | | | 2,774.58 |
| Account No. **312002**<br><br>**American Express**<br>**Box 001**<br>**Los Angeles, CA 90096-8000** | - | | **Business Capital Line of Credit** | X | | | 48,868.29 |
| Account No. **3712-718507-92001**<br><br>**American Express Delta Business**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096** | - | | **2008-2009**<br>**General Purchases** | X | | | 9,359.88 |
| Account No. **792001**<br><br>**American Express Delta SkyMiles**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096-0001** | - | | **2009**<br>**Business Purposes** | X | | | 9,359.88 |
| Account No. **3739-840246-73000**<br><br>**American Express Platinum Delta**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096** | - | | **2008-2009**<br>**General Purchases** | X | | | 12,331.93 |

Sheet no. __2__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

82,694.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **Commercial Resources Construction Company, Inc.**                    ,    Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **918520023947919**<br><br>**Anderson Lock**<br>**P.O. Box 2294**<br>**Des Plaines, IL 60017** | | - | | | **2008-2009**<br>**Material** | | X | | 74,601.00 |
| Account No.<br><br>**Anion Blinds Direct**<br>**11320 West 73rd Place**<br>**Burr Ridge, IL 60527** | | - | | | **2008**<br>**Materials** | | X | | 4,615.94 |
| Account No.<br><br>**ARC 1 Electric Inc.**<br>**7736 West 99th Street**<br>**Hickory Hills, IL 60457** | | - | | | **2008**<br>**Labor and Materials** | | X | | 79,188.00 |
| Account No.<br><br>**Architectural Panel Systems, Inc.**<br>**1665 Quincey Avenue**<br>**Naperville, IL 60540** | | - | | | **2008**<br>**Labor and Materials** | | X | | 22,158.40 |
| Account No. **31288009003666**<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | | - | | | **2008-2009**<br>**Phone Service** | | X | | 712.16 |

Sheet no. __3___ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

181,275.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.**                     ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Aurora Sign Co.** <br>**1100 Route 34** <br>**Aurora, IL 60504** | - | | | **2008** <br>**Labor and Materials** | X | | | 1,928.46 |
| Account No. 5474-8706-0107-1071 <br><br>**Bank of America** <br>**P.O. Box 37279** <br>**Baltimore, MD 21297-3279** | - | | | **2009** <br>**General Purposes** | X | | | 10,325.93 |
| Account No. 74923014963577 <br><br>**Bank of America** <br>**P.O. Box 37279** <br>**Baltimore, MD 21297-3279** | - | | | **2009** <br>**General Purchases** | X | | | 51,650.32 |
| Account No. <br><br>**Bank of America** <br>**P.O. Box 30610** <br>**Los Angeles, CA 90030-0610** | - | | | **2009** <br>**General purchases** | X | | | 1,163.44 |
| Account No. <br><br>**Baumgartner Construction Co.** <br>**30 West 751 North Aurora Road** <br>**Naperville, IL 60563** | - | | | **2008** <br>**Labor and Materials** | X | | | 53,576.00 |

Sheet no. __4__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **118,644.15**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.**                          ,     Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **COMM60606**<br><br>**Beautiful Finishes, Inc.**<br>**P.O. Box 806**<br>**Bensenville, IL 60106** | - | | | | **2008**<br>**Labor and Materials** | | X | | **34,048.48** |
| Account No. **1411**<br><br>**Beautiful Finishes, Inc.**<br>**P.O. Box 806**<br>**Bensenville, IL 60106** | - | | | | **Labor and material** | | | | **Unknown** |
| Account No.<br><br>**Cabinets By Graber, Inc.**<br>**P.O. Box 539**<br>**Grabill, IN 46741** | | | | | **2007**<br>**Materials** | X | | | **10,000.00** |
| Account No. **43731**<br><br>**Cain Millwork**<br>**1 Cain Parkway**<br>**Rochelle, IL 61068** | - | | | | **2009**<br>**Labor and Materials** | X | | | **6,000.00** |
| Account No. **04-97033405-01**<br><br>**Cananwill Inc.**<br>**1000 Milwaukee Avenue**<br>**Glenview, IL 60025** | - | | | | **2009**<br>**Insurance** | X | | | **5,729.24** |

Sheet no. **5** of **23** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **55,777.72**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Commercial Resources Construction Company, Inc.**                              ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **JOB5127**<br><br>**Capitol Glass & Architectural Metal**<br>**910 East Touhy Avenue**<br>**Elk Grove Village, IL 60007** | - | | | **2006**<br>**Labor and Materials** | X | | | 2,573.00 |
| Account No.<br><br>**CashAmerica**<br>**1600 West 7th**<br>**Fort Worth, TX 76102** | - | | | **2009**<br>**Client who debtor completed work and debtor was unable to pay subcontractors hired by debtor** | X | | | 280,402.00 |
| Account No.<br><br>**Cassidy Bros. Inc.**<br>**441 South County Line Road**<br>**Franklin Park, IL 60131-1001** | - | | | **2008-2009**<br>**Labor and Materials** | X | | | 121,092.50 |
| Account No.<br><br>**Chicago Architectural Metal**<br>**4619 North Ravenswood Avenue**<br>**Suite # 201**<br>**Chicago, IL 60640** | - | | | **2008**<br>**Labor and Materials** | X | | | 51,019.00 |
| Account No.<br><br>**Chicago Drapery & Carpet**<br>**1641 West Carroll Avenue**<br>**Chicago, IL 60612** | - | | | **2008**<br>**Labor and Materials** | X | | | 2,835.00 |

Sheet no. __6__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

457,921.50

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Commercial Resources Construction Company, Inc.** _____ ,    Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chumbley-Rankle Construction**<br>**2015 Branch Street**<br>**Cincinnati, OH 45214** | - | | **2008**<br>**Labor and Materials** | X | | | 851.20 |
| Account No. 1864715<br><br>**Cit Technology Fin Serv, Inc.**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | - | | **2008-2009**<br>**Office Equipment Supplies** | X | | | 9,174.18 |
| Account No. 5424180813065568<br><br>**Citi Card**<br>**P.O. Box 688905**<br>**Des Moines, IA 50368** | - | | **2008-2009**<br>**General Purchases** | X | | | 39,362.26 |
| Account No. 74976<br><br>**Clark and Barlow**<br>**353 West Grand Avenue**<br>**Chicago, IL 60610** | - | | **2008-2009**<br>**Materials** | X | | | 732.75 |
| Account No. 7293015001<br><br>**ComEd**<br>**3500 North California Avenue**<br>**Chicago, IL 60618** | - | | **2009**<br>**Electrical Service** | X | | | 800.90 |

Sheet no. __7___ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,921.29

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.**                                    , Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Consentini Associates, Inc.**<br>**One East Wacker Drive**<br>**Suite #200**<br>**Chicago, IL 60601** | - | | | **2008**<br>**Services** | X | | | 1,790.00 |
| Account No.<br><br>**Contract Industries**<br>**6641 South Narragansett**<br>**Bedford Park, IL 60638** | - | | | **2008**<br>**Labor and Materials** | X | | | 13,880.68 |
| Account No. **3160529-001-00001**<br><br>**Country Mutual Insurance Company**<br>**1701 North Towanda Avenue**<br>**Bloomington, IL 61701-2057** | - | | | **2008**<br>**Insurance** | X | | | 25,261.13 |
| Account No.<br><br>**Custom Commercial Enviroments**<br>**550 Bond Street**<br>**Lincolnshire, IL 60669** | - | | | **2007**<br>**Labor and Materials** | X | | | 6,025.54 |
| Account No.<br><br>**Eastlake Painting**<br>**800 South Wells Street**<br>**Suite # M-40**<br>**Chicago, IL 60607** | - | | | **2006-2007**<br>**Labor and Materials** | X | | | 8,684.00 |

Sheet no. __8__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **55,641.35**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.** _____,   Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Elite Elevator Systems, Inc.**<br>**P.O. Box 176**<br>**17641 Princess Elizabeth Court**<br>**Tinley Park, IL 60487** | - | | | **2008**<br>**Labor and Materials** | X | | | **71,281.93** |
| Account No. <br><br>**Enclosers I, Inc.**<br>**5701 South Class Avenue**<br>**Westmont, IL 60559** | - | | | **2008**<br>**Labor and Materials** | X | | | **15,660.50** |
| Account No.  **26962**<br><br>**F.H. Leinweber Company Inc.**<br>**9812 South Cicero Avenue**<br>**Oak Lawn, IL 60453** | - | | | **2008**<br>**Labor and Materials** | X | | | **931.50** |
| Account No.  **CRC 018812**<br><br>**Geary Electric, Inc.**<br>**3151 Commercial Avenue**<br>**Northbrook, IL 60062** | - | | | **2008-2009**<br>**Labor and Materials** | X | | | **358,074.86** |
| Account No.  **62110**<br><br>**Granite Planet, Inc.**<br>**26 North Beach Avenue**<br>**La Grange, IL 60525** | - | | | **2009**<br>**Materials** | X | | | **8,250.00** |

Sheet no. __9__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**454,198.79**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.**                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Great Lakes Plumbing & Heating**<br>**4521 West Diversey Avenue**<br>**Chicago, IL 60639** | - | | | | **2008**<br>**Labor and Materials** | | X | | 102,433.50 |
| Account No.<br><br>**Hard Rock Concrete Cutters, Inc.**<br>**601 Chaddick Drive**<br>**Wheeling, IL 60090-6053** | - | | | | **2008**<br>**Labor and Materials** | | X | | 1,650.00 |
| Account No.<br><br>**Harmon Inc, d/b/a Service Glass Co**<br>**i/c Lien Master**<br>**23230 Chargrin Blvd, Suite 940**<br>**Beachwood, OH 44122** | | | | | **2009**<br>**Lien for sub contrators work at 200 West Jackson Boulevard 23rd floor, Chicago, Illinois** | | | | 6,540.00 |
| Account No.<br><br>**Harmon Incorportated**<br>**4161 South Morgan Street**<br>**Chicago, IL 60609** | - | | | | **2008-2009**<br>**Labor and Materials** | | X | | 58,490.00 |
| Account No. 8759460<br><br>**Hillcraft**<br>**2202 North Ravenswood**<br>**Chicago, IL 60613** | - | | | | **2008-2009**<br>**Labor and Materials** | | X | | 31,657.00 |

Sheet no. __10__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

200,770.50

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Commercial Resources Construction Company, Inc.** ,                Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **6035322004838953** <br><br> **Home Depot** <br> **PO Box 6029** <br> **The Lakes, NV 88901** | - | | | **Materials** | | X | | 702.62 |
| Account No. <br><br> **Illinois Dept. Public Health** <br> **122 S. Michigan, 7th** <br> **Chicago, IL 60603** | - | | | **2009** <br> **Work debtor completed for client but debtor was unable to pay the subcontractor.** | | | | 23,346.20 |
| Account No. <br><br> **International Decorators, Inc.** <br> **1225 Karl Court** <br> **Wauconda, IL 60084-1098** | - | | | **2008-2009** <br> **Labor and Materials** | | X | | 514,595.00 |
| Account No. <br><br> **J-MAC** <br> **One North 050 Gary Avenue** <br> **Carol Stream, IL 60188** | - | | | **2007** <br> **Labor and Materials** | | X | | 5,635.00 |
| Account No. <br><br> **J. Livingston Company** <br> **333 North Michigan Avenue** <br> **Chicago, IL 60601** | - | | | **2008** <br> **Labor and Materials** | | X | | 164,411.00 |

Sheet no. __11__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

708,689.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.**                    ,    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **J.P. Larson Inc.** <br>**P.O. Box 2597** <br>**Oak Lawn, IL 60455** | - | | | **2008** <br>**Labor and Materials** | | X | | 1,485.00 |
| Account No. **COM03** <br><br> **J.P. Phillips, Inc.** <br>**3220 Wolf Road** <br>**Franklin Park, IL 60131** | - | | | **2008** <br>**Labor and Materials** | | X | | 36,130.00 |
| Account No. **159CRC** <br><br> **Janecyk Contruction Company, Inc.** <br>**2307 136th Street** <br>**Blue Island, IL 60406** | - | | | **2008** <br>**Labor and Materials** | | X | | 42,752.80 |
| Account No. <br><br> **Johanson Painting** <br>**2001 Eastview Drive** <br>**Des Plaines, IL 60018** | - | | | **2009** <br>**labor and material** | | X | | 6,918.00 |
| Account No. **0052644-IN** <br><br> **Johns Plumbing** <br>**3116 North Cicero Avenue** <br>**Chicago, IL 60641** | - | | | **2008-2009** <br>**Labor and Materials** | | X | | 32,935.00 |

| Sheet no. __12__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 120,220.80 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Commercial Resources Construction Company, Inc.**                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2008 Labor and Materials | | | | |
| Jones & Cleary 6838 South Chicago Avenue Chicago, IL 60637 | - | | | | | X | | 33,122.49 |
| Account No. | | | | 2008 Labor and Materials | | | | |
| Just Rite Acoustics, Inc. 1501 Estes Elk Grove Village, IL 60007 | - | | | | | X | | 25,092.00 |
| Account No. | | | | 2008-2009 Labor and Materials | | | | |
| Kenna Construction Co. 330 Melvin Drive Unit #8 Northbrook, IL 60062 | - | | | | | X | | 29,313.00 |
| Account No. | | | | 2008 Demolition | | | | |
| Kinsale Contracting Group, Inc. 648 Blackhawk Drive Westmont, IL 60559 | - | | | | | X | | 153,225.00 |
| Account No. 141614 | | | | Lease | | | | |
| Konica Monolta Business Solutions Department CH 19188 Palatine, IL 60055-9188 | - | | | | | X | | 177.22 |

Sheet no. __13__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

240,929.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **Commercial Resources Construction Company, Inc.**                    , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**KOR Plumbing Contractors, Inc.** <br>**153 Covington Drive** <br>**Bloomingdale, IL 60108** | - | | **2008-2009** <br>**Labor and Materials** | | | | **40,650.00** |
| Account No. <br><br>**Laborers' Pension & Welfare Fund** <br>**33367 Treasury Center** <br>**Chicago, IL 60694-3300** | - | | **2009** <br>**Union Expenses** | X | | | **8,613.32** |
| Account No. **CRCTGC04414** <br><br>**LaSalle Glass & Mirror Co.** <br>**401 North Armour** <br>**Chicago, IL 60622** | - | | **2007-2008** <br>**Labor and Materials** | X | | | **52,375.00** |
| Account No. **7101-12** <br><br>**Liberty Hardware** <br>**140 Business Park** <br>**Winston Salem, NC 27107** | - | | **2008** <br>**Materials** | X | | | **1,800.59** |
| Account No. <br><br>**Lohre Painting Co. Inc.** <br>**1750 Harding Road** <br>**Northfield, IL 60093** | - | | **2008-2009** <br>**Labor and Materials** | X | | | **409,041.00** |

Sheet no. __**14**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**512,479.91**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.** ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 Labor and Materials | | | | |
| Marvin Feig & Associates, Inc. 2311 North Pulaski Road Chicago, IL 60639 | - | | | X | | | |
| | | | | | | | 950.00 |
| Account No. | | | Loan | | | | |
| Mary Klees 611 South Wells Unit # 705 Chicago, IL 60607 | - | | | X | | | |
| | | | | | | | 127,942.94 |
| Account No. | | | 2008 Service Expenses | | | | |
| Mauge 1629 North Milwaukee Chicago, IL 60647 | - | | | X | | | |
| | | | | | | | 9,500.00 |
| Account No. | | | 2008 Printing Expenses | | | | |
| Minuteman Press 2308 South Elmhurst Road Mount Prospect, IL 60056 | - | | | X | | | |
| | | | | | | | 137.28 |
| Account No. | | | 2009 General Purchases | | | | |
| MLOA Church Street Station P.O. Box 6872 New York, NY 10249-6872 | - | | | X | | | |
| | | | | | | | 2,803.38 |

Sheet no. __15__ of __23__ sheets attached to Schedule of          Subtotal          141,333.60
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.**         ,     Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 2008 Labor and Materials | | X | | |
| **Modernfold Door of Chicago 240 South Westgate Drive Carol Stream, IL 60188-2243** | | | | | | | | 36,750.00 |
| Account No. | | - | | 2008 Labor and Materials | | X | | |
| **Mr. David's Carpet Service, Ltd. 865 West Irving Park Road Itasca, IL 60143** | | | | | | | | 121,685.00 |
| Account No. | | - | | 2008-2009 Labor and Materials | | X | | |
| **Murphy Marble Co. 11756 South Halsted Chicago, IL 60628** | | | | | | | | 11,070.00 |
| Account No. | | - | | 2008 Labor and Materials | | X | | |
| **National Decorating 2210 Camden Court Oak Brook, IL 60523** | | | | | | | | 38,411.00 |
| Account No. | | - | | 2007-2008 Labor and Materials | | X | | |
| **Nick's Metal Fabricating 9132 West 47th Street Brookfield, IL 60513** | | | | | | | | 67,421.00 |

Sheet no. __16__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal
      (Total of this page)     **275,337.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.**                    ,        Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Noland Sales**<br>**815 Mittel Drive**<br>**Wood Dale, IL 60191** | | - | | 2008-2009<br>Labor and Materials | | X | | 45,983.00 |
| Account No. **15260 14761**<br><br>**Pension Performance, Inc.**<br>**2551 Division Street**<br>**Suite #104**<br>**Joliet, IL 60435** | | - | | 2009<br>Service Expenses | | X | | 815.00 |
| Account No.<br><br>**Pentegra Systems**<br>**650 West Grand**<br>**Suite #315**<br>**Elmhurst, IL 60126** | | - | | 2008<br>Labor and Materials | | X | | 29,650.00 |
| Account No.<br><br>**Pientka Plumbing Contractors**<br>**14521 Trailway**<br>**Lake Forest, IL 60045** | | - | | 2008<br>Labor and Materials | | X | | 68,859.00 |
| Account No.<br><br>**Precision Control Systems**<br>**1980 University Lane**<br>**Lisle, IL 60532** | | - | | 2008-2009<br>Labor and Materials | | X | | 114,143.00 |

Sheet no. __17__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                259,450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Commercial Resources Construction Company, Inc.**                              , Case No. _____

                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **22075**<br><br>**Premier Waste & Recycling**<br>**10823 South Langley Avenue**<br>**Chicago, IL 60628** | | - | | **2008-2009**<br>**Scavenger Expenses** | | X | | 11,576.75 |
| Account No. **59983,60516,60807,61086**<br><br>**Prime Scaffold**<br>**1220 North Ellis Street**<br>**Bensenville, IL 60106** | | - | | **2008**<br>**Labor and Materials** | | X | | 650.66 |
| Account No.<br><br>**Professional Decorating & Painting**<br>**7149 North Austin Avenue**<br>**Niles, IL 60714-4617** | | - | | **2008**<br>**Labor and Materials** | | X | | 13,100.00 |
| Account No.<br><br>**Professional Millwork**<br>**314 Saint Paul Boulevard**<br>**Carol Stream, IL 60188** | | - | | **2008**<br>**Labor and Materials** | | X | | 38,463.00 |
| Account No.<br><br>**Progress Electric Company**<br>**5722 South Central Avenue**<br>**Chicago, IL 60638** | | - | | **2008**<br>**Labor and Materials** | | X | | 219,699.00 |

Sheet no. __**18**__ of __**23**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

283,489.41

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Commercial Resources Construction Company, Inc.**                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Razor Construction, Inc.<br>7517 Comstock Lane<br>Darien, IL 60561 | - | | | 2007<br>Labor and Materials | X | | | 4,596.60 |
| Account No. 08C158-F<br><br>Rice Mechanical<br>809 West Estes Avenue<br>Schaumburg, IL 60193 | - | | | 2009<br>Labor and Materials | X | | | 82,794.00 |
| Account No.<br><br>Riordan, McKee, & Piper, LLC<br>20 North Wacker Drive<br>Suite #910<br>Chicago, IL 60606 | - | | | 2009<br>Attorney's Fees | X | | | 36,619.61 |
| Account No.<br><br>Roger Klees<br>611 South Well<br>Unit #705<br>Chicago, IL 60607 | - | | | Loan | X | | | 76,367.78 |
| Account No. commre<br><br>Samrock Decorating Inc.<br>12757 S. LaCrosse<br>Alsip, IL 60803 | - | | | 2006-07<br>Material | | | X | 17,088.00 |

Sheet no. __19__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **217,465.99**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.**                    ,        Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Skyline** <br>**5821 West Dakin Street** <br>**Chicago, IL 60634** | | - | | **2008** <br>**Labor and Materials** | | X | | 124,918.00 |
| Account No. <br><br>**Sobotec, Ltd.** <br>**67 Burford Road** <br>**Hamilton, Ontario** <br>**L8E 3C6** | | - | | **2008** <br>**Materials** | | X | | 13,400.00 |
| Account No.  **COM105** <br><br>**Specialties Drict** <br>**161 Tower Drvie Unit G** <br>**Willowbrook, IL 60527** | | - | | **2007** <br>**Labor and Materials** | | X | | 9,780.00 |
| Account No.  **669596685** <br><br>**Sprint** <br>**PO Box 4181** <br>**Carol Stream, IL 60197** | | - | | **Telephone** | | X | | 129.32 |
| Account No.  **09 CH 43138** <br><br>**St. Paul Insurance Co i/c** <br>**Hinshaw & Culbertson LLP** <br>**22 North LaSalle, Suite 300** <br>**Chicago, IL 60601** | | - | | **1999** <br>**Declaratory complaint** | | | X | Unknown |

Sheet no.  __20__  of  __23__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

148,227.32

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.**                              ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**State Mechanical**<br>**1701 Quincy Avenue**<br>**Suite #10**<br>**Naperville, IL 60540** | - | | | **2008-2009**<br>**Labor and Materials** | | X | | 374,849.00 |
| Account No. **08ibs-0043-RJW**<br><br>**State Mechanical i/c Integrys**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601** | - | | | **2008**<br>**Labor and Maerial** | | X | | 19,755.00 |
| Account No. **361954507 & 325936554**<br><br>**T-Mobile**<br>**PO BOX 742596**<br>**Cincinnati, OH 45274-2596** | - | | | **Telephone** | | | | 1,870.00 |
| Account No.<br><br>**T. Manning Concrete, Inc.**<br>**P.O. Box 1108**<br>**Huntley, IL 60142** | - | | | **2007**<br>**Labor and Materials** | | X | | 598.00 |
| Account No.<br><br>**Team Fire Protection, Inc.**<br>**431 Lexington Drive**<br>**Buffalo Grove, IL 60089** | - | | | **2008-2009**<br>**Labor and Materials** | | X | | 141,265.00 |

Sheet no. __21__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         538,337.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.**                              ,   Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2008-2009 Labor and Materials | | | | |
| Tempus Construction Services, Inc. 3613 North Richmond Road McHenry, IL 60051 | - | | | | X | | | |
| | | | | | | | | 109,634.00 |
| Account No. | | | | 2008-2009 Blueprint Expenses | | | | |
| The IDM Group 200 North Michigan Avenue Chicago, IL 60601 | - | | | | X | | | |
| | | | | | | | | 2,152.45 |
| Account No. | | | | | | | | |
| Trostrud Mosaic Tile Company 779 North Dillon Drive Wood Dale, IL 60191 | - | | | | X | | | |
| | | | | | | | | 6,758.21 |
| Account No. | | | | 2008-2009 Labor and Materials | | | | |
| US Fire Protection 28427 North Ballard Unit H Lake Forest, IL 60045 | - | | | | X | | | |
| | | | | | | | | 11,870.00 |
| Account No. | | | | 2009 Claim for Subcontractor Liens | | | | |
| UST-GEPT Joint Ventrue, L. P. i/c Quarles & Brady LLP 300 North LaSalle Street #4000 Chicago, IL 60654 | - | | | | X | X | | |
| | | | | | | | | 51,602.00 |
| Sheet no. __22__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 182,016.66 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Commercial Resources Construction Company, Inc.**                           ,      Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Vortex Enterprises, Inc. 25 West Official Road Addison, IL 60101 | - | | 2008-2009 Labot and Materials | | X | | 99,100.00 |
| Account No. **CRC**  Werner-Nugent Plumbing, Inc. 14840 South McKinley Posen, IL 60469 | - | | 2007-2008 Labor and Materials | | X | | 379,286.62 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __23__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 478,386.62 |
| | Total (Report on Summary of Schedules) | 5,963,086.44 |

B6G (Official Form 6G) (12/07)

In re   **Commercial Resources Construction Company, Inc.**                                    ,        Case No. _____

                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **M.B. Real Estate Services LLC**<br>**200 West Jackson Boulevard**<br>**Chicago, IL 60606** | **Lease hold 200 West Jackson** |
| **Rriordan, McKee & Piper, LLC**<br>**20 North Wacker Drvie**<br>**Sutie 910**<br>**Chicago, IL 60606** | **Attorney retainer agreement against Gold Coast Investores, LLC, Westrut Captial, LLC Amalgamated Bank and Timothy R. Coleman receiver of the real poperty commonly known as 1816 North Clark Street Chicago** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Commercial Resources Construction Company, Inc.**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Commercial Resources Construction Company, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**36**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **June 28, 2010**

Signature    **/s/ Roger Klees**

**Roger Klees**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Commercial Resources Construction Company, Inc.**                    Case No. _____

Debtor(s)                                Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $114,061.00 | 2007 ordinary income from 6198 $114,061.00 and loss from 2008 form 6198 (46,703.00) loss |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

#### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an insider, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **BAC Home Loans Vs Roger Lees et al 10 CH 2015** | **Foreclose on Mechanics Lien** | **Circuit Court of Cook County Illinois** | **pending** |
| **St Paul Insurance Company vs Commercial Resources Construction Company 09 CH 43138** | **Complaint For Delcaratory and other relief** | **Circuit Court of Cook County Illlinoi** | **peniding** |
| **Laborers' Pesnion Fund vs Commerical Resources Construction Company Inc 09 C 1549** | **Collection** | **Untied States District Court For teh Northern District of Illinois Eastern Division** | **Judgment entered June 24, 2009** |
| **Hillcraft, Ltd vs UST-Gept Joint Venure, et, at 09 CH 29117** | **Complaint to Foreclose Mechanics Lien and other Releif** | **Circuit Court of Cook County Chancery Division** | **pending** |
| **Cash America Net Holding, LLC vs. Commercial Resouces Construction Company 09 C 5570** | **Breach of Contract** | **United States District Court Northeern District of Illinois** | **pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Harmon Inc. d/b/a Service Glass vs. Commercial Resources 09 L 007490** | **Breach of Contract** | **In the Circuit Court of Cook County Law Division** | **pending** |
| **Lohre Painting Company Inc., vs Gold Coast Investors LLC 09 CH 18401** | **Complaint For Foreclosure of Mechanic's Lien and Other Relief** | **Circuit Court of Cook County, Chancery Division Mechanic's Lien Section** | **pending** |
| **Cain Millwork, Inc. vs Commercial Resources Construction 09 M1 135171** | **Collection** | **Circuit Court of Cook County Municipal Department First District** | **Judgment entered** |
| **Chicago Architectural Metals vs. Commercial Resources 09 M1 144345** | **collection** | **Circuit Court of Cook County Illinois 1st Municipal District** | **Judgment entered** |
| **The Bank of Commerce vs. Zieba Construction Inc 10 CH 10054** | **Mortgage Foreclosure** | **Circuit Court of Cook County Illinois Chancery Division** | **pending** |
| **Precision Control Systems vs. Commerical Resources Construction 10 M 123361** | **Collection- breach of contract** | **Circuit Court of Cook County Municipal Department** | **pending** |
| **City of Chicago vs. Commercial Resources, 09 L 005168** | **Breach of Contract** | **Circuit Court of Cook County, Illinois, Law Division** | **Pending** |
| **Cash America Net Holdings LLc Vs. Commercial Resources Construction Company 2010 L 050440** | **Collections** | **Circuit Court of Cook County Illinois** | **pending** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■    this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None □   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law office of David W. Daudell 211 West Wacker Drive Chicago, IL 60606** | **November 2009** | **$3000.00** |

## 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

---

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■     a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■     b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■     c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐     a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Commercial Resources** | 36-3673771 | **200 West Jackson Blvd suite 1950 Chicago, IL 60606** | **Construction Company** | **ending 2009** |

7

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **ALexander X. Kuhn & Co**<br>**123 West Font Street., # 200**<br>**Wheaton, IL 60187** | **through 2010** |

None
■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Roger and Mary  Klees debtor** | **611 South Wells**<br>**Unit #705**<br>**Chicago, IL 60607** |

None
■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

8

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Roger Klees**<br>**611 South Well**<br>**Unit #705**<br>**Chicago, IL 60607** | **President** | **100%** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Pension Performance, Inc.**<br>**Pension Administration & Consulting Firm**<br>**2551 Division Street Suite 104**<br>**Joliet, Illinois 60435** | **36-3673771** |

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June 28, 2010**                    Signature    **/s/ Roger Klees**

**Roger Klees**

**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Commercial Resources Construction Company, Inc.**                              Case No.

_____
Debtor(s)                                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.    [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. The hourly Rate per contract will apply for any motions, pleadings, letters, negotiations.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 28, 2010**                              **/s/ JARRET S. NIESSE**
                                                          **JARRET S. NIESSE 6286967**
                                                          **Law Office of David W. Daudell**
                                                          **211 W. Wacker Drive Suite 500**
                                                          **Chicago, IL 60606**
                                                          **312-701-0012  Fax: 312-701-9056**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Commercial Resources Construction Company, Inc.**
                                                              Case No.
                                               Debtor(s)      Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **120**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 28, 2010**                    **/s/ Roger Klees**
                                             **Roger Klees**/**President**
                                             Signer/Title

200 West Jackson- VEF VI, LLC
36400 Eagle Way
Chicago, IL 60678-1364


3MD Relocation Services LLC
3600 25th Avenue
Broadview, IL 60155


Accurate Partitions
P.O. Box 287
Lyons, IL 60534


ADT
P.O. Box 371967
Pittsburgh, PA 15250-7967


AHL
53 West Jackson Boulevard
Chicago, IL 60604


Alexander V. Kuhn & Co.
123 West Front Street
Suite #200
Chicago, IL 60187


Allied Waste Service, Inc.
P.O. Box 9001154
Louisville, KY 40290-1154


American Electric Construction Co.
620 Pratt Avenue
Schaumburg, IL 60193


American Express
P.O. Box 650448
Dallas, TX 75265-0448


American Express Delta Business
P.O. Box 0001
Los Angeles, CA 90096


American Express Delta SkyMiles
P.O. Box 0001
Los Angeles, CA 90096-0001

American Express Platinum Delta
P.O. Box 0001
Los Angeles, CA 90096

American Funds
P.O. Box 6007
Indianapolis, IN 46206-6007

Anderson Lock
P.O. Box 2294
Des Plaines, IL 60017

Anion Blinds Direct
11320 West 73rd Place
Burr Ridge, IL 60527

ARC 1 Electric Inc.
7736 West 99th Street
Hickory Hills, IL 60457

Architectural Panel Systems, Inc.
1665 Quincey Avenue
Naperville, IL 60540

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Aurora Sign Co.
1100 Route 34
Aurora, IL 60504

Bank of America
P.O. Box 37279
Baltimore, MD 21297-3279

Baumgartner Construction Co.
30 West 751 North Aurora Road
Naperville, IL 60563

Beautiful Finishes, Inc.
P.O. Box 806
Bensenville, IL 60106

Cabinets By Graber, Inc.
P.O. Box 539
Grabill, IN 46741


Cain Millwork
1 Cain Parkway
Rochelle, IL 61068


Cananwill Inc.
1000 Milwaukee Avenue
Glenview, IL 60025


Capitol Glass & Architectural Metal
910 East Touhy Avenue
Elk Grove Village, IL 60007


CashAmerica
1600 West 7th
Fort Worth, TX 76102


Cassidy Bros. Inc.
441 South County Line Road
Franklin Park, IL 60131-1001


Chicago Architectural Metal
4619 North Ravenswood Avenue
Suite # 201
Chicago, IL 60640


Chicago Drapery & Carpet
1641 West Carroll Avenue
Chicago, IL 60612


Chumbley-Rankle Construction
2015 Branch Street
Cincinnati, OH 45214


Cit Technology Fin Serv, Inc.
21146 Network Place
Chicago, IL 60673-1211


Citi Card
P.O. Box 688905
Des Moines, IA 50368

Clark and Barlow
353 West Grand Avenue
Chicago, IL 60610


ComEd
3500 North California Avenue
Chicago, IL 60618


Consentini Associates, Inc.
One East Wacker Drive
Suite #200
Chicago, IL 60601


Contract Industries
6641 South Narragansett
Bedford Park, IL 60638


Country Mutual Insurance Company
1701 North Towanda Avenue
Bloomington, IL 61701-2057


Custom Commercial Enviroments
550 Bond Street
Lincolnshire, IL 60669


Di Monte & Lizak, LLC
Attonreys At Law
216 West Higgins Road
Park Ridge, IL 60068-5736


Eastlake Painting
800 South Wells Street
Suite # M-40
Chicago, IL 60607


Elite Elevator Systems, Inc.
P.O. Box 176
17641 Princess Elizabeth Court
Tinley Park, IL 60487


Enclosers I, Inc.
5701 South Class Avenue
Westmont, IL 60559

F.H. Leinweber Company Inc.
9812 South Cicero Avenue
Oak Lawn, IL 60453


Fukes Khors LLC
70 Wet Erie 3rd floor
Chicago, IL 60654


Geary Electric, Inc.
3151 Commercial Avenue
Northbrook, IL 60062


Grady-Pilgrim Christakis- Bell
53 West Jackson Blvd
Chicago, IL 60604


Granite Planet, Inc.
26 North Beach Avenue
La Grange, IL 60525


Great Lakes Plumbing & Heating
4521 West Diversey Avenue
Chicago, IL 60639


Hard Rock Concrete Cutters, Inc.
601 Chaddick Drive
Wheeling, IL 60090-6053


Harmon Inc, d/b/a Service Glass Co
i/c Lien Master
23230 Chargrin Blvd, Suite 940
Beachwood, OH 44122


Harmon Incorportated
4161 South Morgan Street
Chicago, IL 60609


Hillcraft
2202 North Ravenswood
Chicago, IL 60613


Home Depot
PO Box 6029
The Lakes, NV 88901

Illinois Dept. Public Health
122 S. Michigan, 7th
Chicago, IL 60603


International Decorators, Inc.
1225 Karl Court
Wauconda, IL 60084-1098


J-MAC
One North 050 Gary Avenue
Carol Stream, IL 60188


J. Livingston Company
333 North Michigan Avenue
Chicago, IL 60601


J.P. Larson Inc.
P.O. Box 2597
Oak Lawn, IL 60455


J.P. Phillips, Inc.
3220 Wolf Road
Franklin Park, IL 60131


Janecyk Contruction Company, Inc.
2307 136th Street
Blue Island, IL 60406


Johanson Painting
2001 Eastview Drive
Des Plaines, IL 60018


Johns Plumbing
3116 North Cicero Avenue
Chicago, IL 60641


Jones & Cleary
6838 South Chicago Avenue
Chicago, IL 60637


Just Rite Acoustics, Inc.
1501 Estes
Elk Grove Village, IL 60007

Kenna Construction Co.
330 Melvin Drive
Unit #8
Northbrook, IL 60062


Kinsale Contracting Group, Inc.
648 Blackhawk Drive
Westmont, IL 60559


Konica Monolta Business Solutions
Department CH 19188
Palatine, IL 60055-9188


KOR Plumbing Contractors, Inc.
153 Covington Drive
Bloomingdale, IL 60108


Laborers' Pension & Welfare Fund
33367 Treasury Center
Chicago, IL 60694-3300


LaSalle Glass & Mirror Co.
401 North Armour
Chicago, IL 60622


Law Offices of Barry Serota
P.O. Box 1008
Arlington Heights, IL 60006


Liberty Hardware
140 Business Park
Winston Salem, NC 27107


Lohre Painting Co. Inc.
1750 Harding Road
Northfield, IL 60093


M.B. Real Estate Services LLC
200 West Jackson Boulevard
Chicago, IL 60606


Marvin Feig & Associates, Inc.
2311 North Pulaski Road
Chicago, IL 60639

Mary Klees
611 South Wells
Unit # 705
Chicago, IL 60607


Mauge
1629 North Milwaukee
Chicago, IL 60647


Minuteman Press
2308 South Elmhurst Road
Mount Prospect, IL 60056


MLOA
Church Street Station
P.O. Box 6872
New York, NY 10249-6872


Modernfold Door of Chicago
240 South Westgate Drive
Carol Stream, IL 60188-2243


Mr. David's Carpet Service, Ltd.
865 West Irving Park Road
Itasca, IL 60143


Murphy Marble Co.
11756 South Halsted
Chicago, IL 60628


National Decorating
2210 Camden Court
Oak Brook, IL 60523


Nick's Metal Fabricating
9132 West 47th Street
Brookfield, IL 60513


Noland Sales
815 Mittlel Drive
Wood Dale, IL 60191

Pension Performance, Inc.
2551 Division Street
Suite #104
Joliet, IL 60435


Pentegra Systems
650 West Grand
Suite #315
Elmhurst, IL 60126


Pientka Plumbing Contractors
14521 Trailway
Lake Forest, IL 60045


Precision Control Systems
1980 University Lane
Lisle, IL 60532


Premier Waste & Recycling
10823 South Langley Avenue
Chicago, IL 60628


Prime Scaffold
1220 North Ellis Street
Bensenville, IL 60106


Professional Decorating & Painting
7149 North Austin Avenue
Niles, IL 60714-4617


Professional Millwork
314 Saint Paul Boulevard
Carol Stream, IL 60188


Progress Electric Company
5722 South Central Avenue
Chicago, IL 60638


Razor Construction, Inc.
7517 Comstock Lane
Darien, IL 60561


Rice Mechanical
809 West Estes Avenue
Schaumburg, IL 60193

Riordan, McKee, & Piper, LLC
20 North Wacker Drive
Suite #910
Chicago, IL 60606


Roger Klees
611 South Well
Unit #705
Chicago, IL 60607


Rriordan, McKee & Piper, LLC
20 North Wacker Drvie
Sutie 910
Chicago, IL 60606


Samrock Decorating Inc.
12757 S. LaCrosse
Alsip, IL 60803


Skyline
5821 West Dakin Street
Chicago, IL 60634


Sobotec, Ltd.
67 Burford Road
Hamilton, Ontario
L8E 3C6


Specialties Drict
161 Tower Drvie Unit G
Willowbrook, IL 60527


Sprint
PO Box 4181
Carol Stream, IL 60197


St. Paul Insurance Co i/c
Hinshaw & Culbertson LLP
22 North LaSalle, Suite 300
Chicago, IL 60601


State Mechanical
1701 Quincy Avenue
Suite #10
Naperville, IL 60540

State Mechanical i/c Integrys
130 East Randolph Drive
Chicago, IL 60601


T-Mobile
PO BOX 742596
Cincinnati, OH 45274-2596


T. Manning Concrete, Inc.
P.O. Box 1108
Huntley, IL 60142


Team Fire Protection, Inc.
431 Lexington Drive
Buffalo Grove, IL 60089


Tempus Construction Services, Inc.
3613 North Richmond Road
McHenry, IL 60051


The Chicago CLub LLC i/c
The Barry Law Group, P.C.
3551 West 111th Street
Chicago, IL 60655


The IDM Group
200 North Michigan Avenue
Chicago, IL 60601


Trostrud Mosaic Tile Company
779 North Dillon Drive
Wood Dale, IL 60191


US Fire Protection
28427 North Ballard
Unit H
Lake Forest, IL 60045


UST-GEPT Joint Ventrue, L. P. i/c
Quarles & Brady LLP
300 North LaSalle Street #4000
Chicago, IL 60654

Vortex Enterprises, Inc.
25 West Official Road
Addison, IL 60101


Werner-Nugent Plumbing, Inc.
14840 South McKinley
Posen, IL 60469


Wexler & Wexler
500 West Madison
Chicago, IL 60601

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Commercial Resources Construction Company, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Commercial Resources Construction Company, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 28, 2010**

Date

**/s/ JARRET S. NIESSE**

**JARRET S. NIESSE 6286967**

Signature of Attorney or Litigant

Counsel for   **Commercial Resources Construction Company, Inc.**

**Law Office of David W. Daudell**

**211 W. Wacker Drive Suite 500**
**Chicago, IL 60606**
**312-701-0012 Fax:312-701-9056**