UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                         §
                                               §
Commercial Resources Construction              §        Case No. 10-28842
                                               §
                       Debtor(s)               §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]            $

    The remaining funds are available for distribution.

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                 and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____     By:/s/N. Neville Reid_____
                                            Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Case No:        10-28842      JPC    Judge: Jacqueline P. Cox

Case Name:      Commercial Resources Construction

For Period Ending:  11/07/12

Trustee Name:                    N. Neville Reid

Date Filed (f) or Converted (c):   06/28/10 (f)

341(a) Meeting Date:              08/30/10

Claims Bar Date:                 01/11/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 7.69% interest in The Chicago Club, LLC a vacation | Unknown | 0.00 | | 0.00 | FA |
| 2. Construction work completed for: Gold Coast Invest | 3,165,733.95 | 630,000.00 | | 630,000.00 | FA |
| 3. Construction Work completed for: Intergrys Busines | 140,608.84 | 0.00 | | 0.00 | FA |
| 4. Consecution work completed for: MB Real Estate 50 | 52,290.00 | 0.00 | | 0.00 | FA |
| 5. Consecution work completed for: Cash net USA.com 2 | 81,970.00 | 0.00 | | 0.00 | FA |
| 6. Construction work for: Transwestern SL Gale Naperv | 232,230.33 | 0.00 | | 0.00 | FA |
| 7. Construction work completed for US Equal Employmen | 130,149.60 | 0.00 | | 0.00 | FA |
| 8. Consecution work completed for UST-GEPT JV LP 500 | 103,751.40 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                $3,906,734.12        $630,000.00              $630,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6-5-12 Order entered re Claim 7

Trustee settled principal mechanics lien claim for $600,000. Settlement payment is due 2/6/12; check received &

deposited 2/6/12

Initial Projected Date of Final Report (TFR): 06/30/12        Current Projected Date of Final Report (TFR): 06/30/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-28842  -JPC | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | Commercial Resources Construction | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3463  Checking Account |
| Taxpayer ID No: | *******3771 | | |
| For Period Ending: | 11/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 483,486.38 | | 483,486.38 |
| * 09/25/12 | 300001 | Pension Performance, Inc. 2551 Division Street, Suite 104 Joliet, IL  60543 | Fee of Closeout of 401(k) Plan Administrative | 2990-003 | | 2,238.25 | 481,248.13 |
| * 09/25/12 | 300002 | Illinois Department of Labor 160 North LaSalle Street Chicago, IL  60601 | IRS Penalty 2010 Form 5500 Form 5500 was not filed, due to lack of payment | 2990-003 | | 750.00 | 480,498.13 |
| * 09/27/12 | 300001 | Pension Performance, Inc. 2551 Division Street, Suite 104 Joliet, IL  60543 | Fee of Closeout of 401(k) Plan | 2990-003 | | -2,238.25 | 482,736.38 |
| 09/27/12 | 300003 | Pension Performance, Inc. 2551 Division Street, Suite 104 Joliet, IL  60543 | Fee of Closeout of 401(k) Plan Administrative | 2990-000 | | 2,800.00 | 479,936.38 |
| * 10/22/12 | 300002 | Illinois Department of Labor 160 North LaSalle Street Chicago, IL  60601 | IRS Penalty 2010 Form 5500 | 2990-003 | | -750.00 | 480,686.38 |
| 10/22/12 | 300004 | United States Department of Labor | IRS Penalty 2010 and 2011 Form 5500 CRC 401(k) Plan late fee related to Filings Sending check to DFVCP, P.O. Box 70933, Charlotte, NC 28272-0933  (enclosing electronically signed Form 5500 for 2010 and 2011) per Joyce A. Raupach, | 2990-000 | | 1,500.00 | 479,186.38 |

Page Subtotals    483,486.38    4,300.00

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

LFORM24

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 10-28842  -JPC | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | Commercial Resources Construction | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3463  Checking Account |
| Taxpayer ID No: | *******3771 | | |
| For Period Ending: | 11/07/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Pension Consultant | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 483,486.38 | 4,300.00 | 479,186.38 |
| | | | Less:  Bank Transfers/CD's | | 483,486.38 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,300.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 4,300.00 | |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

| Case No: | 10-28842  -JPC | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | Commercial Resources Construction | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7054  BofA - Checking Account |
| Taxpayer ID No: | *******3771 | | |
| For Period Ending: | 11/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/06/12 | 2 | Hotel Lincoln Park Lender, LLC<br>225 W. Hubbard<br>4th Floor<br>Chicago, IL  60654 | Lien Settlement | 1149-000 | 630,000.00 | | 630,000.00 |
| 02/09/12 | 000301 | Riordan, McKee & Piper, LLC<br>20 North Wacker Drive, Suite 910<br>Chicago, IL 60606 | Allowance of Fees and Expenses<br>First & Final Application for Compensation<br>Per Court Order [Dkt. 50]<br>    Fees           126,000.00<br>    Expenses         9,465.81 | <br><br><br>3210-000<br>3220-000 | | 135,465.81 | 494,534.19 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 608.03 | 493,926.16 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 627.53 | 493,298.63 |
| 05/02/12 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Blanket Bond Disbursement Premium | 2300-000 | | 227.01 | 493,071.62 |
| 05/08/12 | 000303 | C2 Legal of Illinois<br>20 North Clark Street, Suite 300<br>Chicago, IL 60602 | Copying & Postage<br>11/30/11 Settlement Agreement & Riordan Fee<br>Application | 2990-000 | | 1,263.74 | 491,807.88 |
| 06/22/12 | 000304 | Fox, Hefter, Swibel, Levin & Carroll,LLP | First Interim Fees & Expenses<br>7/21/10 - 9/30/10<br>    Fees           8,301.50 | <br><br>3110-000 | | 8,321.50 | 483,486.38 |

Page Subtotals          630,000.00          146,513.62

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 17.00b

LFORM24

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | |
|---|---|---|---|
| Case No: | 10-28842  -JPC | Trustee Name: | N. Neville Reid |
| Case Name: | Commercial Resources Construction | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7054  BofA - Checking Account |
| Taxpayer ID No: | *******3771 | | |
| For Period Ending: | 11/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses          20.00 | | 3120-000 | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | | 9999-000 | | 483,486.38 | 0.00 |

|  |  | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|
| COLUMN TOTALS | | 630,000.00 | 630,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 483,486.38 | |
| Subtotal | | 630,000.00 | 146,513.62 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 630,000.00 | 146,513.62 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********3463 | 0.00 | 4,300.00 | 479,186.38 |
| BofA - Checking Account - ********7054 | 630,000.00 | 146,513.62 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 630,000.00 | 150,813.62 | 479,186.38 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          483,486.38

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Page 1

Date: November 07, 2012

Case Number:  10-28842
Debtor Name:   Commercial Resources Construction

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | | | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|---|---|
| 001 3210-60 | Riordan McKee & Piper, LLC 20 North Wacker Drive, Ste 910 Chicago, IL 60606 | Administrative Per [Dkt 50] | | | | $135,465.81 | $135,465.81 | $0.00 |
| | | | 3756187054 | 02/09/12 | 301 | 135,465.81 | | |
| 001 3110-00 | Fox,Hefter,Swibel,Levin & Carroll LLC 200 W. Madison Street - Suite 3000 Chicago, IL 60606 | Administrative Allowed on 11-18-2010 [DKT 41] | | | | $8,321.50 | $8,321.50 | $0.00 |
| | | | 3756187054 | 06/22/12 | 304 | 8,321.50 | | |
| 001 3110-00 | Fox,Hefter,Swibel,Levin & Carroll, LLP 200 West Madison Street Chicago, IL 60606 | Administrative Attorney for Trustee Fees and Expenses | | | | $82,528.31 | $0.00 | $82,528.31 |
| 999 2990-00 | Lois West Popowcer Katten Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL  60601 | Administrative | | | | $2,533.00 | $0.00 | $2,533.00 |
| 999 2990-00 | Pension Performance, Inc. 2551 Division Street, Suite 104 Joliet, IL  60543 | Administrative | | | | $2,800.00 | $2,800.00 | $0.00 |
| 999 2990-00 | United States Department of Labor | Administrative | | | | $1,500.00 | $1,500.00 | $0.00 |
| BOND 999 2300-00 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | Administrative | 3756187054 | 05/02/12 | 302 | $227.01 | $227.01 | $0.00 |
| | | | | | | 227.01 | | |
| 000006 040 5400-00 | Laborers' Pension Fund and the Laborers' Welfare C 111 W Jackson Blvd Suite 1415 Chicago, IL 60604 | Priority (6-1) Modified on 5/10/2011 to correct creditors address (KS) | | | | $3,339.90 | $0.00 | $3,339.90 |
| 000028 040 5800-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL  60664 | Priority 28-1 Claim # 28 filed by Illinois Dept. of Revenue of (Amount Claimed $6,890.00  of which Priority Claim $5959.00 and Unsecured $931.00) | | | | $5,959.00 | $0.00 | $5,959.00 |
| 000001 070 7100-00 | Commonwealth Edison Company 3 Lincoln Center Attn: Bankruptcy Section Oakbrook Terrace, IL 60181 | Unsecured | | | | $561.54 | $0.00 | $561.54 |
| 000002 070 7100-00 | Country Mutual Insurance Company PO Box 2100 Bloomington, IL 61702 | Unsecured | | | | $5,028.58 | $0.00 | $5,028.58 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                              Date: November 07, 2012

Case Number:    10-28842                        Claim Class Sequence
Debtor Name:    Commercial Resources Construction

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 000003B 070 7100-00 | International Decorators, Inc. c/o Emalfarb, Swan & Bain 440 Central Avenue Highland Park, IL 60035 | Unsecured (3-1) Labor and materials Claim disallowed in its entirety on 4/26/12 [Dkt. 63] | $0.00 | $0.00 | $0.00 |
| 000004 070 7100-00 | UST-GEPT Joint Ventrue, L. P. i/c Quarles & Brady LLP 300 North LaSalle Street #4000 Chicago, IL 60654 | Unsecured (4-1) State Court Judgment | $173,459.05 | $0.00 | $173,459.05 |
| 000005B 070 7100-00 | Team Fire Protection, Inc. C/O Adam C Toosley Esq Clark Hill PLC 150 N Michigan Ave, Suite 700 Chicago, IL 60607 | Unsecured (5-1) Goods and Services (5-1) Modified on 5/9/2011 to correct creditors address (KS). Portion of claim relating to work performed at 1816 N. Clark St, Chicago, IL was disallowed on April 25, 2012 [Dkt 64] | $66,780.02 | $0.00 | $66,780.02 |
| 000007B 070 7100-00 | State Mechanical Services LLC C/O Chitkowski Law Offices 801 Warrenville Road Suite 620 Lisle, IL 60532 | Unsecured (7-1) Modified on 6/23/2011 to correct creditors address/claim amount/type (KS). Part of the unsecured portion of claim disallowed 6/5/12 [Dkt 68]  Claim reclassified as unsecured in the amount of $78,290.48 by Stipulation and Agreed Order | $78,290.48 | $0.00 | $78,290.48 |
| 000008B 070 7100-00 | Harmon, Inc. c/o Kori M. Bazanos 100 W. Monroe St., Ste. 2100 Chicago, IL 60603 | Unsecured (8-1) Claim against contract funds due Debtor for materials supplied.  [Amended, 07/23/2012] | $42,028.60 | $0.00 | $42,028.60 |
| 000009 070 7100-00 | Hotel Lincoln Park Lender LLC. c/o Barnes & Thornburg LLC One North Wacker Drive Suite 4400 Chicago, Illinois 60606 | Unsecured (9-1) Subcontractor claims (9-1) Creditor is assignee of subcontractors Claim withdrawn on 3/6/12 [Dkt 58] | $0.00 | $0.00 | $0.00 |
| 000010 070 7100-00 | Anderson Lock P.O. Box 2294 Des Plaines, IL 60017 | Unsecured | $20,844.91 | $0.00 | $20,844.91 |
| 000011 070 7100-00 | Baumgartner Construction Co. 30 West 751 North Aurora Road Naperville, IL 60563 | Unsecured | $40,547.00 | $0.00 | $40,547.00 |
| 000012 070 7100-00 | Specialties Drict 161 Tower Drvie Unit G Willowbrook, IL 60527 | Unsecured | $9,780.00 | $0.00 | $9,780.00 |
| 000013 070 7100-00 | Progress Electric Company 5722 South Central Avenue Chicago, IL 60638 | Unsecured (13-1) Services and material provided. | $150,885.45 | $0.00 | $150,885.45 |
| 000014 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured (14-1) CREDIT CARD DEBT | $9,283.32 | $0.00 | $9,283.32 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Page 3

Date: November 07, 2012

Case Number:   10-28842

Claim Class Sequence

Debtor Name:   Commercial Resources Construction

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000015 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (15-1) CREDIT CARD DEBT | $1,366.51 | $0.00 | $1,366.51 |
| 000016 070 7100-00 | International Decorators, Inc. c/o Emalfarb, Swan & Bain 440 Central Avenue Highland Park, IL 60035 | Unsecured | (16-1) Goods sold and services performed Claim disallowed in its entirety on 4/26/12 [Dkt 63] | $0.00 | $0.00 | $0.00 |
| 000018 070 7100-00 | Cain Millwork, Inc. c/o Lucas Fuksa 70 W. Erie, 2nd Fl. Chicago, IL 60654 | Unsecured | (18-1) Judgment in 09 M1 135171 Cook County (18-1) Incomplete PDF, Filer Notified to File Amended Claim (Modified on 11/29/11) (ES)(18-2) Incorrect PDF, filer notified to re-file amended claim (Modified on 12/7/11) (ES)(18-3) Modified on 12/8/11 to correct creditor address (ES) | $5,405.00 | $0.00 | $5,405.00 |
| 000019 070 7100-00 | Shamrock Decorating Inc. 12757 S. LaCrosse Alsip, IL 60803 | Unsecured | | $17,088.00 | $0.00 | $17,088.00 |
| 000020 070 7100-00 | Precision Control Systems of Chicago c/o Patrick G. Donnelly,Donnelly, Lipinski & Harris, LLC 29 S. LaSalle St., Suite 1210 Chicago, IL 60603 | Unsecured | (20-1) HVAC Control Labor and Material (20-1) Modified on 12/30/11 to correct creditor address (ES) | $32,767.00 | $0.00 | $32,767.00 |
| 000022 070 7100-00 | American InfoSource LP as agent for T Mobile/T-Mob PO Box 248848 Oklahoma City, OK 73124-8848 | Unsecured | | $161.79 | $0.00 | $161.79 |
| 000023 070 7100-00 | American InfoSource LP as agent for T Mobile/T-Mob PO Box 248848 Oklahoma City, OK 73124-8848 | Unsecured | | $1,434.74 | $0.00 | $1,434.74 |
| 000025 070 7100-00 | Lohre Painting Company, Inc. Attn: Karl Lohre 1750 Harding Road Northfield, IL 60093 | Unsecured | (25-1) services provided | $86,754.70 | $0.00 | $86,754.70 |
| 000026 070 7100-00 | City of Chicago Attn. Charles A. King Chicago Dept. of Law 30 N. LaSalle St., Suite 1400 Chicago, IL 60602 | Unsecured | (26-1) Breach of contract and contractual indemnity (26-1) Case no. 09 L 5186, Circuit Court of Cook County, IL City of Chicago has accepted $100,000 in full settlement | $100,000.00 | $0.00 | $100,000.00 |
| 000027 070 7100-00 | Vortex Enterprises, Inc. Christopher J. Harney, Esq. Seyfarth Shaw LLP 131 S. Dearborn Street, Suite 2400 Chicago, IL 60603 | Unsecured | | $122,028.61 | $0.00 | $122,028.61 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 4                                                                                           Date: November 07, 2012

Case Number:   10-28842                          Claim Class Sequence
Debtor Name:   Commercial Resources Construction

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000028 070 7100-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664 | Unsecured | 28-1 Claim # 28 filed by Illinois Dept. of Revenue of (Amount Claimed $6,890.00 of which Priority Claim $5959.00 and Unsecured $931.00) | $931.00 | $0.00 | $931.00 |
| 000003A 050 4210-00 | International Decorators, Inc. c/o Emalfarb, Swan & Bain 440 Central Avenue Highland Park, IL 60035 | Secured | (3-1) Labor and materials Claim disallowed in its entirety on 4/26/12 [Dkt 63] | $0.00 | $0.00 | $0.00 |
| 000005A 050 4210-00 | Team Fire Protection, Inc. C/O Adam C Toosley Esq Clark Hill PLC 150 N Michigan Ave, Suite 700 Chicago, IL 60607 | Secured | (5-1) Goods and Services (5-1) Modified on 5/9/2011 to correct creditors address (KS) Portion of claim relating to work performed at 1816 N Clark St, Chicago, IL was disallowed on 4/26/12 [Dkt 64] | $0.00 | $0.00 | $0.00 |
| 000007A 050 4210-00 | State Mechanical Services LLC C/O Chitkowski Law Offices 801 Warrenville Road Suite 620 Lisle, IL 60532 | Secured | (7-1) Modified on 6/23/2011 to correct creditors address/claim amount/type (KS) | $0.00 | $0.00 | $0.00 |
| 000017 050 4210-00 | Jones & Cleary Roofing Co Inc Attn: William Cleary 6838 So South Chicago Avenue Chicago, IL 60637 | Secured | | $33,122.49 | $0.00 | $33,122.49 |
| 000021 050 4210-00 | Frank L. Smith (Razor Construction) 7517 Comstock Ln Darien, IL 60561 | Secured | | $4,596.00 | $0.00 | $4,596.00 |
| 000024 050 4210-00 | Kenna Construction Company Attn: Paul Kenna 320 Melvin Drive, Suite 9 Northbrook, IL 60062 | Secured | (24-1) Services performed, Illinois Mechanics Lien Act (24-1) Pursuant 770 ILCS 60/21.02, the Debtor should have held all money received on behalf of Kenna Construction in trust, and therefore, any money paid to the Debtor for the benefit of Kenna belongs solely to Kenna. Claim disallowed in its entirety on 4-26-12 [Dkt 65] | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $1,245,819.32 | $148,314.32 | $1,097,505.00 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-28842
Case Name: Commercial Resources Construction
Trustee Name: N. Neville Reid

          Balance on hand                                               $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | International Decorators, Inc. | $ | $ | $ | $ |
| 000007A | State Mechanical Services LLC | $ | $ | $ | $ |
| 000017 | Jones & Cleary Roofing Co Inc | $ | $ | $ | $ |
| 000021 | Frank L. Smith (Razor Construction) | $ | $ | $ | $ |
| 000024 | Kenna Construction Company | $ | $ | $ | $ |

          Total to be paid to secured creditors                       $_____

          Remaining Balance                                        $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ | $ | $ |
| Attorney for Trustee Fees: Fox,Hefter,Swibel,Levin & Carroll LLC | $ | $ | $ |
| Attorney for Trustee Expenses: Fox,Hefter,Swibel,Levin & Carroll LLC | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: United States Department of Labor | $ | $ | $ |
| Other: Lois West | $ | $ | $ |
| Other: Pension Performance, Inc. | $ | $ | $ |
| Other: Riordan McKee & Piper, LLC | $ | $ | $ |
| Other: Riordan McKee & Piper, LLC | $ | $ | $ |
| Other: Fox,Hefter,Swibel,Levin & Carroll, LLP | $ | $ | $ |
| Other: Fox,Hefter,Swibel,Levin & Carroll, LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance          $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.


Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Laborers' Pension Fund and the Laborers' Welfare C | $ | $ | $ |
| 000028 | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance                                     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $                have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ | $ | $ |
| 000002 | Country Mutual Insurance Company | $ | $ | $ |
| 000003B | International Decorators, Inc. | $ | $ | $ |
| 000004 | UST-GEPT Joint Ventrue, L. P. i/c | $ | $ | $ |
| 000005B | Team Fire Protection, Inc. | $ | $ | $ |
| 000007B | State Mechanical Services LLC | $ | $ | $ |
| 000008B | Harmon, Inc. | $ | $ | $ |
| 000010 | Anderson Lock | $ | $ | $ |
| 000011 | Baumgartner Construction Co. | $ | $ | $ |
| 000012 | Specialties Drict | $ | $ | $ |
| 000013 | Progress Electric Company | $ | $ | $ |
| 000014 | American Express Bank, FSB | $ | $ | $ |
| 000015 | American Express Bank, FSB | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | International Decorators, Inc. | $ | $ | $ |
| 000018 | Cain Millwork, Inc. | $ | $ | $ |
| 000019 | Shamrock Decorating Inc. | $ | $ | $ |
| 000020 | Precision Control Systems of Chicago | $ | $ | $ |
| 000022 | American InfoSource LP as agent for T Mobile/T-Mob | $ | $ | $ |
| 000023 | American InfoSource LP as agent for T Mobile/T-Mob | $ | $ | $ |
| 000025 | Lohre Painting Company, Inc. | $ | $ | $ |
| 000026 | City of Chicago | $ | $ | $ |
| 000027 | Vortex Enterprises, Inc. | $ | $ | $ |
| 000028 | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE