**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 10-28842 |
| COMMERCIAL RESOURCES | **)** | |
| CONSTRUCTION COMPANY, INC., | **)** | Hon. Jacqueline P. Cox |
| | **)** | |
| Debtor. | **)** | |
| | **)** | |

**FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD., FOR**
**ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION**

Popowcer Katten, Ltd. ("PK"), tax accountant for N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Commercial Resources Construction Company, Inc. (the "Debtor"), by and through counsel for the Trustee, files this application ("Application") for allowance and final payment of an administrative claim in the amount of $2,533.00, consisting of $2,533.00 in fees and $0.00 in expenses, for the period of September 26, 2012 through October 1, 2012 (the "Application Period"). In support of this Application, PK states the following:

**INTRODUCTION**

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the requested relief are Sections 328, and 330 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3.  On June 28, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). Shortly thereafter, N. Neville Reid was appointed as chapter 7 trustee for the Estate.

4.  On October 2, 2012, the Court entered a final order granting the Trustee's application to retain PK as collection agent and liquidation consultant, retroactive to September 26, 2012. [Dkt. 82]

## REQUESTED RELIEF

5.  PK files this Application for to be allowed an administrative claim for its unpaid fees for work performed on behalf of the Trustee during the Application Period. PK's detailed billing records are appended hereto as Exhibit A.

## PROFESSIONAL SERVICES RENDERED DURING THE APPLICATION PERIOD

6.  During the Application Period, PK has performed the following services on behalf of the Trustee:

    A.  Prepared federal and state corporate tax returns for the year ended December 31, 2011;

    B.  Prepared federal and state corporate tax returns for the final period ended September 30, 2012; and

    C.  Advised the Trustee on non-liability of the estate for taxes.

## APPROPRIATENESS OF FEES

7.  The total amount of fees for professional services performed during the Application Period sought by PK in this Application is $2,533.00.

8. The professional services provided by PK to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of the Estate. Compensation for the services provided by PK is commensurate with the complexity, importance, and nature of the problems, issues and tasks involved. PK undertook all reasonable efforts to ensure that the services it provided were performed in an efficient manner, without duplication of effort.

9. PK's fees are recorded in a computerized time record system, from which the bills attached to this Application were generated. PK has reviewed the bills to ensure their accuracy.

10. PK's billing rates for the matters set forth in this Application are consistent with reasonable and customary rates among tax accountants for the work performed.

11. PK's requested fees and costs are awardable pursuant to Section 330 of the Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the Estate.

## **NOTICE**

12. This Application will be submitted with the Trustee's Final Report in the above-captioned bankruptcy case. Pursuant to Bankruptcy Rule 2002(a), notice of this Application will be given to: (a) the Debtor; (b) the Debtor's counsel; (c) the United States Trustee for the Northern District of Illinois; (d) all creditors; and (e) all other parties set up to receive notice through the Court's ECF filing system. In light of the nature of the relief requested, PK submits that no further notice is required.

WHEREFORE, PK requests entry of an order allowing it an administrative claim in the amount of $2,533.00, consisting of $2,533.00 in fees and $0.00 in expenses, and allowing the Trustee to pay the same; and granting such other and further relief as this Court deems just.

3

Dated: November 7, 2012    Respectfully submitted,

**POPOWCER KATTEN, LTD.**

By:  */s/ Elizabeth Peterson*
General Bankruptcy Counsel to N. Neville Reid, the Chapter 7 Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Elizabeth Peterson (ARDC #6294546)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

4