UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Commercial Resources Construction | § | Case No. 10-28842 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        UNITED STATES BANKRUPTCY COURT
        219 South Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/06/2012 in Courtroom 680,

        United States Bankruptcy Court
        219 S. Dearborn Street
        Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/07/2012          By: N. Neville Reid
                                                       Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Commercial Resources Construction § Case No. 10-28842
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 630,000.00 |
| and approved disbursements of | $ | 150,813.62 |
| leaving a balance on hand of[1] | $ | 479,186.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000003A | International Decorators, Inc. | $ 226,367.66 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007A | State Mechanical Services LLC | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000017 | Jones & Cleary Roofing Co Inc | $ 33,122.49 | $ 33,122.49 | $ 0.00 | $ 33,122.49 |
| 000021 | Frank L. Smith (Razor Construction) | $ 4,596.00 | $ 4,596.00 | $ 0.00 | $ 4,596.00 |
| 000024 | Kenna Construction Company | $ 17,750.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 37,718.49 |
| Remaining Balance | $ | 441,467.89 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ 34,750.00 | $ 0.00 | $ 34,750.00 |
| Attorney for Trustee Fees: Fox,Hefter,Swibel,Levin & Carroll LLC | $ 8,301.50 | $ 8,301.50 | $ 0.00 |
| Attorney for Trustee Expenses: Fox,Hefter,Swibel,Levin & Carroll LLC | $ 20.00 | $ 20.00 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 227.01 | $ 227.01 | $ 0.00 |
| Other: United States Department of Labor | $ 1,500.00 | $ 1,500.00 | $ 0.00 |
| Other: Lois West | $ 2,533.00 | $ 0.00 | $ 2,533.00 |
| Other: Pension Performance, Inc. | $ 2,800.00 | $ 2,800.00 | $ 0.00 |
| Other: Riordan McKee & Piper, LLC | $ 126,000.00 | $ 126,000.00 | $ 0.00 |
| Other: Riordan McKee & Piper, LLC | $ 9,465.81 | $ 9,465.81 | $ 0.00 |
| Other: Fox,Hefter,Swibel,Levin & Carroll, LLP | $ 77,626.50 | $ 0.00 | $ 77,626.50 |
| Other: Fox,Hefter,Swibel,Levin & Carroll, LLP | $ 4,901.81 | $ 0.00 | $ 4,901.81 |

Total to be paid for chapter 7 administrative expenses   $ 119,811.31

Remaining Balance   $ 321,656.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 9,298.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Laborers' Pension Fund and the Laborers' Welfare C | $ 3,339.90 | $ 0.00 | $ 3,339.90 |
| 000028 | Illinois Department of Revenue | $ 5,959.00 | $ 0.00 | $ 5,959.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | | $ 9,298.90 |
| Remaining Balance | | $ 312,357.68 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 965,426.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 561.54 | $ 0.00 | $ 181.68 |
| 000002 | Country Mutual Insurance Company | $ 5,028.58 | $ 0.00 | $ 1,626.97 |
| 000003B | International Decorators, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | UST-GEPT Joint Ventrue, L. P. i/c | $ 173,459.05 | $ 0.00 | $ 56,121.60 |
| 000005B | Team Fire Protection, Inc. | $ 66,780.02 | $ 0.00 | $ 21,606.26 |
| 000007B | State Mechanical Services LLC | $ 78,290.48 | $ 0.00 | $ 25,330.40 |
| 000008B | Harmon, Inc. | $ 42,028.60 | $ 0.00 | $ 13,598.09 |
| 000010 | Anderson Lock | $ 20,844.91 | $ 0.00 | $ 6,744.24 |
| 000011 | Baumgartner Construction Co. | $ 40,547.00 | $ 0.00 | $ 13,118.73 |
| 000012 | Specialties Drict | $ 9,780.00 | $ 0.00 | $ 3,164.26 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Progress Electric Company | $ 150,885.45 | $ 0.00 | $ 48,818.05 |
| 000014 | American Express Bank, FSB | $ 9,283.32 | $ 0.00 | $ 3,003.56 |
| 000015 | American Express Bank, FSB | $ 1,366.51 | $ 0.00 | $ 442.13 |
| 000016 | International Decorators, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000018 | Cain Millwork, Inc. | $ 5,405.00 | $ 0.00 | $ 1,748.75 |
| 000019 | Shamrock Decorating Inc. | $ 17,088.00 | $ 0.00 | $ 5,528.72 |
| 000020 | Precision Control Systems of Chicago | $ 32,767.00 | $ 0.00 | $ 10,601.56 |
| 000022 | American InfoSource LP as agent for T Mobile/T-Mob | $ 161.79 | $ 0.00 | $ 52.34 |
| 000023 | American InfoSource LP as agent for T Mobile/T-Mob | $ 1,434.74 | $ 0.00 | $ 464.20 |
| 000025 | Lohre Painting Company, Inc. | $ 86,754.70 | $ 0.00 | $ 28,068.94 |
| 000026 | City of Chicago | $ 100,000.00 | $ 0.00 | $ 32,354.38 |
| 000027 | Vortex Enterprises, Inc. | $ 122,028.61 | $ 0.00 | $ 39,481.60 |
| 000028 | Illinois Department of Revenue | $ 931.00 | $ 0.00 | $ 301.22 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 312,357.68 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/N. Neville Reid
Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-28842-JPC
Commercial Resources Construction Compan                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: kseldon              Page 1 of 4              Date Rcvd: Nov 13, 2012
                               Form ID: pdf006            Total Noticed: 127

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2012.
db              Commercial Resources Construction Company, Inc.,    200 West Jackson # 1950,
                 Chicago, IL 60606-6944
15773847        ADT,    P.O. Box 371967,    Pittsburgh, PA 15250-7967
15773848       +AHL,    53 West Jackson Boulevard,    Chicago, IL 60604-3606
15773859       +ARC 1 Electric Inc.,    7736 West 99th Street,    Hickory Hills, IL 60457-2328
15773861       #AT&T,    P.O. Box 8100,    Aurora, IL 60507-8100
15773846       +Accurate Partitions,    P.O. Box 287,    Lyons, IL 60534-0287
15773849       +Alexander V. Kuhn & Co.,    123 West Front Street,    Suite #200,    Chicago, IL 60187-5105
15773850        Allied Waste Service, Inc.,    P.O. Box 9001154,    Louisville, KY 40290-1154
15773851       +American Electric Construction Co.,    620 Pratt Avenue,    Schaumburg, IL 60193-4557
15773852        American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
18017113        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15773853       +American Express Delta Business,    P.O. Box 0001,    Los Angeles, CA 90096-8000
15773854        American Express Delta SkyMiles,    P.O. Box 0001,    Los Angeles, CA 90096-0001
15773855       +American Express Platinum Delta,    P.O. Box 0001,    Los Angeles, CA 90096-8000
15773856        American Funds,    P.O. Box 6007,    Indianapolis, IN 46206-6007
15773857       +Anderson Lock,    P.O. Box 2294,    Des Plaines, IL 60017-2294
15773858       +Anion Blinds Direct,    11320 West 73rd Place,    Burr Ridge, IL 60527-4941
15773860       +Architectural Panel Systems, Inc.,    1665 Quincey Avenue,    Naperville, IL 60540-3994
15773862       +Aurora Sign Co.,    1100 Route 34,    Aurora, IL 60503-9348
15773864        Baumgartner Construction Co.,    30 West 751 North Aurora Road,    Naperville, IL 60563
15773865       +Beautiful Finishes, Inc.,    P.O. Box 806,    Bensenville, IL 60106-0806
15773866       +Cabinets By Graber, Inc.,    P.O. Box 539,    Grabill, IN 46741-0539
15773867       +Cain Millwork, Inc.,    c/o Lucas Fuksa,    70 W. Erie, 2nd Fl.,    Chicago, IL 60654-6268
15773869       +Capitol Glass & Architectural Metal,    910 East Touhy Avenue,    Elk Grove Village, IL 60007-4920
15773871        Cassidy Bros. Inc.,    441 South County Line Road,    Franklin Park, IL 60131-1001
15773873       +Chicago Drapery & Carpet,    1641 West Carroll Avenue,    Chicago, IL 60612-2501
15773874       +Chumbley-Rankle Construction,    2015 Branch Street,    Cincinnati, OH 45214-2301
15773876        Citi Card,    P.O. Box 688905,    Des Moines, IA 50368
18351109       +City of Chicago,    Attn. Charles A. King,    Chicago Dept. of Law,    30 N. LaSalle St., Suite 1400,
                 Chicago, IL 60602-2503
15773877       +Clark and Barlow,    353 West Grand Avenue,    Chicago, IL 60654-4596
15773880       +Contract Industries,    6641 South Narragansett,    Bedford Park, IL 60638-5111
15773881       +Country Mutual Insurance Company,    PO Box 2100,    Bloomington, IL 61702-2100
15773882       +Custom Commercial Enviroments,    550 Bond Street,    Lincolnshire, IL 60069-4207
15773883       +Di Monte & Lizak, LLC,    Attonreys At Law,    216 West Higgins Road,    Park Ridge, IL 60068-5706
15773885       +Elite Elevator Systems, Inc.,    P.O. Box 176,    17641 Princess Elizabeth Court,
                 Tinley Park, IL 60487-6161
15773886       +Enclosers I, Inc.,    5701 South Class Avenue,    Westmont, IL 60559-2323
15773887       +F.H. Leinweber Company Inc.,    9812 South Cicero Avenue,    Oak Lawn, IL 60453-3104
18313455       +Frank L. Smith (Razor Construction),    7517 Comstock Ln,    Darien, IL 60561-4559
15773888        Fukes Khors LLC,    70 Wet Erie 3rd floor,    Chicago, IL 60654
15773889       +Geary Electric, Inc.,    3151 Commercial Avenue,    Northbrook, IL 60062-1905
15773890       +Grady-Pilgrim Christakis- Bell,    53 West Jackson Blvd,    Chicago, IL 60604-3606
15773891        Granite Planet, Inc.,    26 North Beach Avenue,    La Grange, IL 60525
15773892       +Great Lakes Plumbing & Heating,    4521 West Diversey Avenue,    Chicago, IL 60639-1925
15773893        Hard Rock Concrete Cutters, Inc.,    601 Chaddick Drive,    Wheeling, IL 60090-6053
15773894       +Harmon Inc, d/b/a Service Glass Co,    i/c Lien Master,    23230 Chargrin Blvd, Suite 940,
                 Beachwood, OH 44122-5474
15773895       +Harmon Incorportated,    4161 South Morgan Street,    Chicago, IL 60609-2516
15773896        Hillcraft,    2202 North Ravenswood,    Chicago, IL 60613
15773897       +Home Depot,    PO Box 6029,    The Lakes, NV 88901-6029
17880885       +Hotel Lincoln Park Lender LLC.,    c/o Barnes & Thornburg LLC,    One North Wacker Drive,
                 Suite 4400,    Chicago, Illinois 60606-2841
19597788       +Illinois Dept of Revenue,    Bankruptcy Section,    P O Box 64338,    Chicago, IL 60664-0338
15773898        Illinois Dept. Public Health,    122 S. Michigan, 7th,    Chicago, IL 60603
16556564       +International Decorators, Inc.,    c/o Emalfarb, Swan & Bain,    440 Central Avenue,
                 Highland Park, IL 60035-2688
15773900        J-MAC,    One North 050 Gary Avenue,    Carol Stream, IL 60188
15773901       +J. Livingston Company,    333 North Michigan Avenue,    Chicago, IL 60601-3977
15773902       +J.P. Larson Inc.,    P.O. Box 2597,    Oak Lawn, IL 60455-6597
15773903       +J.P. Phillips, Inc.,    3220 Wolf Road,    Franklin Park, IL 60131-1327
15773904       +Janecyk Contruction Company, Inc.,    2307 136th Street,    Blue Island, IL 60406-3233
15773905       +Johanson Painting,    2001 Eastview Drive,    Des Plaines, IL 60018-2706
15773906       +Johns Plumbing,    3116 North Cicero Avenue,    Chicago, IL 60641-5151
15773907      +++Jones & Cleary Roofing Co Inc,    Attn: William Cleary,    6838 So South Chicago Avenue,
                 Chicago, IL 60637-4099
15773908       +Just Rite Acoustics, Inc.,    1501 Estes,    Elk Grove Village, IL 60007-5407
15773912       +KOR Plumbing Contractors, Inc.,    153 Covington Drive,    Bloomingdale, IL 60108-3107
15773909       +Kenna Construction Co.,    330 Melvin Drive,    Unit #8,    Northbrook, IL 60062-2019
18343224       +Kenna Construction Company,    Attn: Paul Kenna,    320 Melvin Drive, Suite 9,
                 Northbrook, IL 60062-2020
15773910       +Kinsale Contracting Group, Inc.,    648 Blackhawk Drive,    Westmont, IL 60559-1116
15773911        Konica Monolta Business Solutions,    Department CH 19188,    Palatine, IL 60055-9188

```
District/off: 0752-1          User: kseldon              Page 2 of 4                  Date Rcvd: Nov 13, 2012
                              Form ID: pdf006            Total Noticed: 127


15773914     #+LaSalle Glass & Mirror Co.,    401 North Armour,    Chicago, IL 60642-6324
15773913      Laborers' Pension & Welfare Fund,    33367 Treasury Center,    Chicago, IL 60694-3300
17250011     +Laborers' Pension Fund and the Laborers' Welfare C,     111 W Jackson Blvd Suite 1415,
               Chicago, IL 60604-3868
15773915     +Law Offices of Barry Serota,    P.O. Box 1008,    Arlington Heights, IL 60006-1008
15773916     +Liberty Hardware,    140 Business Park,    Winston Salem, NC 27107-6539
15773917     +Lohre Painting Co. Inc.,    1750 Harding Road,    Northfield, IL 60093-3306
18350105     +Lohre Painting Company, Inc.,    Attn: Karl Lohre,    1750 Harding Road,
               Northfield, IL 60093-3306
15773918     +M.B. Real Estate Services LLC,    200 West Jackson Boulevard,    Chicago, IL 60606-6983
15773923      MLOA,   Church Street Station,    P.O. Box 6872,    New York, NY 10249-6872
15773919     #+Marvin Feig & Associates, Inc.,    2311 North Pulaski Road,    Chicago, IL 60639-3711
15773920     #+Mary Klees,    611 South Wells,    Unit # 705,    Chicago, IL 60607-4783
15773921     +Mauge,    1629 North Milwaukee,    Chicago, IL 60647-5411
15773924      Modernfold Door of Chicago,    240 South Westgate Drive,    Carol Stream, IL 60188-2243
15773925     +Mr. David's Carpet Service, Ltd.,    865 West Irving Park Road,    Itasca, IL 60143-2021
15773926     +Murphy Marble Co.,    11756 South Halsted,    Chicago, IL 60628-5823
15773927     +National Decorating,    2210 Camden Court,    Oak Brook, IL 60523-1269
15773928     +Nick's Metal Fabricating,    9132 West 47th Street,    Brookfield, IL 60513-2397
15773929     +Noland Sales,    815 Mittel Drive,    Wood Dale, IL 60191-1118
15773930     +Pension Performance, Inc.,    2551 Division Street,    Suite #104,    Joliet, IL 60435-9041
15773931     +Pentegra Systems,    650 West Grand,    Suite #315,    Elmhurst, IL 60126-1026
15773932     +Pientka Plumbing Contractors,    14521 Trailway,    Lake Forest, IL 60045-3415
15773933     +Precision Control Systems of Chicago,    c/o Patrick G. Donnelly,Donnelly,,
               Lipinski & Harris, LLC,    29 S. LaSalle St., Suite 1210,    Chicago, IL 60603-1520
15773934     +Premier Waste & Recycling,    10823 South Langley Avenue,    Chicago, IL 60628-3814
15773935     +Prime Scaffold,    1220 North Ellis Street,    Bensenville, IL 60106-1119
15773936      Professional Decorating & Painting,    7149 North Austin Avenue,    Niles, IL 60714-4617
15773938     +Progress Electric Company,    5722 South Central Avenue,    Chicago, IL 60638-3796
15773939     +Razor Construction, Inc.,    7517 Comstock Lane,    Darien, IL 60561-4559
15773940     +Rice Mechanical,    809 West Estes Avenue,    Schaumburg, IL 60193-4406
15773941     +Riordan, McKee, & Piper, LLC,    20 North Wacker Drive,    Suite #910,    Chicago, IL 60606-2901
15773942      Roger Klees,    611 South Well,    Unit #705,    Chicago, IL 60607
15773943     +Rriordan, McKee & Piper, LLC,    20 North Wacker Drvie,    Sutie 910,    Chicago, IL 60606-2806
15773944     +Shamrock Decorating Inc.,    12757 S. LaCrosse,    Alsip, IL 60803-3041
15773945     +Skyline,    5821 West Dakin Street,    Chicago, IL 60634-2639
15773946      Sobotec, Ltd.,    67 Burford Road,    Hamilton, Ontario,    L8E 3C6
15773947     +Specialties Drict,    161 Tower Drvie Unit G,    Willowbrook, IL 60527-7818
15773949     +St. Paul Insurance Co i/c,    Hinshaw & Culbertson LLP,    22 North LaSalle, Suite 300,
               Chicago, IL 60602
15773950     +State Mechanical Services LLC,    C/O Chitkowski Law Offices,    801 Warrenville Road Suite 620,
               Lisle, IL 60532-4348
15773951     +State Mechanical i/c Integrys,    130 East Randolph Drive,    Chicago, IL 60601-6207
15773952      T-Mobile,    PO BOX 742596,    Cincinnati, OH 45274-2596
15773953     +T. Manning Concrete, Inc.,    P.O. Box 1108,    Huntley, IL 60142-1108
17240123     +Team Fire Protection, Inc.,    c/o Clark Hill PLC,    150 N. Michigan Ave. #2700,
               Chicago, IL 60601-7576
15773954     +Team Fire Protection, Inc.,    C/O Adam C Toosley Esq,    Clark Hill PLC,
               150 N Michigan Ave, Suite 700,    Chicago, IL 60601-7553
15773955     +Tempus Construction Services, Inc.,    3613 North Richmond Road,    McHenry, IL 60051-5468
15773956     +The Chicago CLub LLC i/c,    The Barry Law Group, P.C.,    3551 West 111th Street,
               Chicago, IL 60655-3331
15773957     +The IDM Group,    200 North Michigan Avenue,    Chicago, IL 60601-5509
15773845      ThreeMD Relocation Services LLC,    3600 25th Avenue,    Broadview, IL 60155
15773958     +Trostrud Mosaic Tile Company,    779 North Dillon Drive,    Wood Dale, IL 60191-1273
15773844      Two hundred West Jackson- VEF VI, LLC,    36400 Eagle Way,    Chicago, IL 60678-1364
15773959     +US Fire Protection,    28427 North Ballard,    Unit H,    Lake Forest, IL 60045-4542
15773960     +UST-GEPT Joint Ventrue, L. P. i/c,    Quarles & Brady LLP,    300 North LaSalle Street #4000,
               Chicago, IL 60654-5427
18352005     +Vortex Enterprises, Inc.,    Christopher J. Harney, Esq.,    Seyfarth Shaw LLP,
               131 S. Dearborn Street, Suite 2400,    Chicago, IL 60603-5863
15773961     +Vortex Enterprises, Inc.,    25 West Official Road,    Addison, IL 60101-4532
15773962     +Werner-Nugent Plumbing, Inc.,    14840 South McKinley,    Posen, IL 60469-1547
15773963     +Wexler & Wexler,    500 West Madision,    Chicago, IL 60661-2767
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18328253       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2012 05:46:03
               American InfoSource LP as agent for T Mobile/T-Mob,     PO Box 248848,
               Oklahoma City, OK   73124-8848
15773870      +E-mail/Text: cashamerica@nuvox.net Nov 14 2012 04:33:05       CashAmerica,    1600 West 7th,
               Fort Worth, TX 76102-2599
15773875       E-mail/Text: citjaxbankruptcy@cit.com Nov 14 2012 04:30:32       Cit Technology Fin Serv, Inc.,
               21146 Network Place,    Chicago, IL 60673-1211
15773878      +E-mail/Text: legalcollections@comed.com Nov 14 2012 05:02:22       ComEd,
               3500 North California Avenue,    Chicago, IL 60618-5850
16230653      +E-mail/Text: legalcollections@comed.com Nov 14 2012 05:02:22       Commonwealth Edison Company,
               3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
17442328      +E-mail/Text: kori@bazanoslaw.com Nov 14 2012 05:35:51       Harmon, Inc.,    c/o Kori M. Bazanos,
               100 W. Monroe St., Ste. 2100,    Chicago, IL 60603-1913
```

```
District/off: 0752-1           User: kseldon              Page 3 of 4                  Date Rcvd: Nov 13, 2012
                               Form ID: pdf006            Total Noticed: 127
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15773948        E-mail/Text: appebnmailbox@sprint.com Nov 14 2012 04:33:12      Sprint,    PO Box 4181,
                 Carol Stream, IL 60197
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Fox Hefter Swibel Levin & Carroll LLP
aty            Pension Performance Inc
aty            Popowcer Katten Ltd
aty            Riordan McKee & Piper, LLC
18017114*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15773863      ##Bank of America,   P.O. Box 37279,   Baltimore, MD 21297-3279
15773868      ##+Cananwill Inc.,   1000 Milwaukee Avenue,   Glenview, IL 60025-2422
15773872      ##+Chicago Architectural Metal,   4619 North Ravenswood Avenue,   Suite # 201,
                 Chicago, IL 60640-4579
15773879      ##+Consentini Associates, Inc.,   One East Wacker Drive,   Suite #200,   Chicago, IL 60601-1808
15773884      ##+Eastlake Painting,   800 South Wells Street,   Suite # M-40,   Chicago, IL 60607-4560
15773899       ##International Decorators, Inc.,   1225 Karl Court,   Wauconda, IL 60084-1098
15773922      ##+Minuteman Press,   2308 South Elmhurst Road,   Mount Prospect, IL 60056-5805
15773937      ##+Professional Millwork,   314 Saint Paul Boulevard,   Carol Stream, IL 60188-1852
                                                                                       TOTALS: 4, * 1, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: kseldon             Page 4 of 4                  Date Rcvd: Nov 13, 2012
                               Form ID: pdf006           Total Noticed: 127
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2012 at the address(es) listed below:

```
          Adam C Toosley    on behalf of Creditor   Team Fire Protection, Inc. atoosley@freebornpeters.com,
           sbarnes@freebornpeters.com
          Amy N. Carollo    on behalf of Creditor   Laborers' Pension and Welfare Funds for the Health &
           Welfare Department of the Construction & General Laborers' District Council of Chicago and
           Vicinity and James S Jorgensen amy.carollo@gmail.com,
           fundcounsel@gmail.com;taniam@chilpwf.com;vedranaa@chilpwf.com
          Cornelius F Riordan    on behalf of Creditor   Riordan, McKee & Piper, LLC criordan@rmp-llc.com,
           egrubb@rmp-llc.com
          David J Letvin    on behalf of Creditor   Mr David's Carpet Service Ltd davidletvin@aol.com
          David W Daudell    on behalf of Debtor   Commercial Resources Construction Company, Inc.
           daviddaudell@ddlaw-associates.com
          Edmund S McAlister    on behalf of Interested Party   Essex Insurance Company
           ed.mcalister@mbtlaw.com
          Elizabeth Gayle Peterson    on behalf of Attorney   Fox, Hefter, Swibel, Levin & Carroll LLP
           epeterson@fslc.com,    docket@fslc.com;bkdocket@fslc.com
          John J Chitkowski    on behalf of Creditor   State Mechanical Services, L.L.C jjc@chitkowskilaw.com,
           jennifer@chitkowskilaw.com
          Julia Jensen Smolka    on behalf of Creditor   Baumgartner Construction, Inc.
           jjensen@dimonteandlizak.com
          Kori M Bazanos    on behalf of Creditor   Harmon, Inc. kori@bazanoslaw.com
          N. Neville Reid    nreid@fslc.com,    nreid@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paula K. Jacobi    on behalf of Creditor   Hotel Lincoln Park Lender, LLC pjacobi@btlaw.com,
           jsantana@btlaw.com;ckwilosz@btlaw.com
          Regina E Gaebel    on behalf of Creditor   Riordan, McKee & Piper, LLC rgaebel@rmp-llc.com
          Ryan T Schultz    on behalf of Creditor   Riordan, McKee & Piper, LLC rschultz@fslc.com,
           bkdocket@fslc.com
                                                                                             TOTAL: 15
```