# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Commercial Resources Construction | § | Case No. 10-28842 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 741,000.17 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  362,163.97 | Claims Discharged Without Payment:  6,113,638.80 |
| Total Expenses of Administration:  270,636.03 | |

3) Total gross receipts of $ 632,800.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 632,800.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 400,152.00 | $ 340,306.04 | $ 37,718.49 | $ 37,718.49 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 410,401.84 | 410,401.84 | 270,636.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 24,227.52 | 10,229.90 | 9,298.90 | 9,298.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,601,407.27 | 4,063,946.35 | 965,426.30 | 315,146.58 |
| **TOTAL DISBURSEMENTS** | $ 7,025,786.79 | $ 4,824,884.13 | $ 1,422,845.53 | $ 632,800.00 |

4)  This case was originally filed under chapter 7 on  06/28/2010 .  The case was pending for 33 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/26/2013             By:/s/N. Neville Reid
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Construction work completed for: Gold Coast Invest | 1149-000 | 630,000.00 |
| Refund of Pension Plan Cost Reserve | 1290-000 | 2,800.00 |
| TOTAL GROSS RECEIPTS | | $ 632,800.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America P.O. Box 2864 Hartford, CT 06101-8715 | | 390,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Chicago CLub LLC i/c The Barry Law Group, P.C. 3551 West 111th Street Chicago, IL 60655 | | 10,152.00 | NA | NA | 0.00 |
| 000021 | FRANK L. SMITH (RAZOR CONSTRUCTION) | 4210-000 | NA | 4,596.00 | 4,596.00 | 4,596.00 |
| 000003A | INTERNATIONAL DECORATORS, INC. | 4210-000 | NA | 226,367.66 | 0.00 | 0.00 |
| 000017 | JONES & CLEARY ROOFING CO INC | 4210-000 | NA | 33,122.49 | 33,122.49 | 33,122.49 |
| 000024 | KENNA CONSTRUCTION COMPANY | 4210-000 | NA | 17,750.00 | 0.00 | 0.00 |
| 000007A | STATE MECHANICAL SERVICES LLC | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| 000005A | TEAM FIRE PROTECTION, INC. | 4210-000 | NA | 58,469.89 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 400,152.00 | $ 340,306.04 | $ 37,718.49 | $ 37,718.49 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | 2100-000 | NA | 34,750.00 | 34,750.00 | 34,750.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 227.01 | 227.01 | 227.01 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 608.03 | 608.03 | 608.03 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 627.53 | 627.53 | 627.53 |
| UNITED STATES DEPARTMENT OF LABOR | 2820-000 | NA | 1,500.00 | 1,500.00 | 0.00 |
| C2 LEGAL OF ILLINOIS | 2990-000 | NA | 1,263.74 | 1,263.74 | 1,263.74 |
| LOIS WEST | 2990-000 | NA | 2,533.00 | 2,533.00 | 2,533.00 |
| PENSION PERFORMANCE, INC. | 2990-000 | NA | 2,800.00 | 2,800.00 | 0.00 |
| PENSION PERFORMANCE, INC. | 2990-000 | NA | 2,800.00 | 2,800.00 | 2,800.00 |
| UNITED STATES DEPARTMENT OF LABOR | 2990-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| FOX,HEFTER,SWIBEL,LEVIN & CARROLL, | 3110-000 | NA | 77,626.50 | 77,626.50 | 77,626.50 |
| FOX,HEFTER,SWIBEL,LEVIN & CARROLL,L | 3110-000 | NA | 8,301.50 | 8,301.50 | 8,301.50 |
| FOX,HEFTER,SWIBEL,LEVIN & CARROLL, | 3120-000 | NA | 4,901.81 | 4,901.81 | 4,901.81 |
| FOX,HEFTER,SWIBEL,LEVIN & CARROLL,L | 3120-000 | NA | 20.00 | 20.00 | 20.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RIORDAN, MCKEE & PIPER, LLC | 3210-000 | NA | 126,000.00 | 126,000.00 | 126,000.00 |
| RIORDAN MCKEE & PIPER, LLC | 3210-600 | NA | 126,000.00 | 126,000.00 | 0.00 |
| RIORDAN, MCKEE & PIPER, LLC | 3220-000 | NA | 9,465.81 | 9,465.81 | 9,465.81 |
| RIORDAN MCKEE & PIPER, LLC | 3220-610 | NA | 9,465.81 | 9,465.81 | 0.00 |
| CLERK OF THE BANKRUPTCY COURT | 3992-000 | NA | 11.10 | 11.10 | 11.10 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 410,401.84 | $ 410,401.84 | $ 270,636.03 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Funds P.O. Box 6007 Indianapolis, IN 46206-6007 | | 24,227.52 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | LABORERS' PENSION FUND AND THE LAB | 5400-000 | NA | 3,339.90 | 3,339.90 | 3,339.90 |
| 000028 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 6,890.00 | 5,959.00 | 5,959.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 24,227.52 | $ 10,229.90 | $ 9,298.90 | $ 9,298.90 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 200 West Jackson- VEF VI, LLC 36400 Eagle Way Chicago, IL 60678-1364 | | 6,932.15 | NA | NA | 0.00 |
| | 200 West Jackson- VEF VI, LLC 36400 Eagle Way Chicago, IL 60678-1364 | | 98,843.08 | NA | NA | 0.00 |
| | 3MD Relocation Services LLC 3600 25th Avenue Broadview, IL 60155 | | 3,941.82 | NA | NA | 0.00 |
| | ADT P.O. Box 371967 Pittsburgh, PA 15250-7967 | | 6,859.59 | NA | NA | 0.00 |
| | AHL 53 West Jackson Boulevard Chicago, IL 60604 | | 1,005.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARC 1 Electric Inc. 7736 West 99th Street Hickory Hills, IL 60457 | | 79,188.00 | NA | NA | 0.00 |
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | 712.16 | NA | NA | 0.00 |
| | Accurate Partitions P.O. Box 287 Lyons, IL 60534 | | 9,448.00 | NA | NA | 0.00 |
| | Alexander V. Kuhn & Co. 123 West Front Street Suite #200 Chicago, IL 60187 | | 13,297.50 | NA | NA | 0.00 |
| | Allied Waste Service, Inc. P.O. Box 9001154 Louisville, KY 40290-1154 | | 95.10 | NA | NA | 0.00 |
| | American Electric Construction Co. 620 Pratt Avenue Schaumburg, IL 60193 | | 58,455.00 | NA | NA | 0.00 |
| | American Express Box 001 Los Angeles, CA 90096-8000 | | 48,868.29 | NA | NA | 0.00 |
| | American Express Delta SkyMiles P.O. Box 0001 Los Angeles, CA 90096-0001 | | 9,359.88 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 650448 Dallas, TX 75265-0448 | | 2,774.58 | NA | NA | 0.00 |
| | American Express Platinum Delta P.O. Box 0001 Los Angeles, CA 90096 | | 12,331.93 | NA | NA | 0.00 |
| | Anderson Lock P.O. Box 2294 Des Plaines, IL 60017 | | 74,601.00 | NA | NA | 0.00 |
| | Anion Blinds Direct 11320 West 73rd Place Burr Ridge, IL 60527 | | 4,615.94 | NA | NA | 0.00 |
| | Architectural Panel Systems, Inc. 1665 Quincey Avenue Naperville, IL 60540 | | 22,158.40 | NA | NA | 0.00 |
| | Aurora Sign Co. 1100 Route 34 Aurora, IL 60504 | | 1,928.46 | NA | NA | 0.00 |
| | Bank of America P.O. Box 30610 Los Angeles, CA 90030-0610 | | 1,163.44 | NA | NA | 0.00 |
| | Bank of America P.O. Box 37279 Baltimore, MD 21297-3279 | | 10,325.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 37279 Baltimore, MD 21297-3279 | | 51,650.32 | NA | NA | 0.00 |
| | Baumgartner Construction Co. 30 West 751 North Aurora Road Naperville, IL 60563 | | 53,576.00 | NA | NA | 0.00 |
| | Beautiful Finishes, Inc. P.O. Box 806 Bensenville, IL 60106 | | 34,048.48 | NA | NA | 0.00 |
| | Beautiful Finishes, Inc. P.O. Box 806 Bensenville, IL 60106 | | 0.00 | NA | NA | 0.00 |
| | Cabinets By Graber, Inc. P.O. Box 539 Grabill, IN 46741 | | 10,000.00 | NA | NA | 0.00 |
| | Cain Millwork 1 Cain Parkway Rochelle, IL 61068 | | 6,000.00 | NA | NA | 0.00 |
| | Cananwill Inc. 1000 Milwaukee Avenue Glenview, IL 60025 | | 5,729.24 | NA | NA | 0.00 |
| | Capitol Glass & Architectural Metal 910 East Touhy Avenue Elk Grove Village, IL 60007 | | 2,573.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CashAmerica 1600 West 7th Fort Worth, TX 76102 | | 280,402.00 | NA | NA | 0.00 |
| | Cassidy Bros. Inc. 441 South County Line Road Franklin Park, IL 60131-1001 | | 121,092.50 | NA | NA | 0.00 |
| | Chicago Architectural Metal 4619 North Ravenswood Avenue Suite # 201 Chicago, IL 60640 | | 51,019.00 | NA | NA | 0.00 |
| | Chicago Drapery & Carpet 1641 West Carroll Avenue Chicago, IL 60612 | | 2,835.00 | NA | NA | 0.00 |
| | Chumbley-Rankle Construction 2015 Branch Street Cincinnati, OH 45214 | | 851.20 | NA | NA | 0.00 |
| | Cit Technology Fin Serv, Inc. 21146 Network Place Chicago, IL 60673-1211 | | 9,174.18 | NA | NA | 0.00 |
| | Citi Card P.O. Box 688905 Des Moines, IA 50368 | | 39,362.26 | NA | NA | 0.00 |
| | Clark and Barlow 353 West Grand Avenue Chicago, IL 60610 | | 732.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd 3500 North California Avenue Chicago, IL 60618 | | 800.90 | NA | NA | 0.00 |
| | Consentini Associates, Inc. One East Wacker Drive Suite #200 Chicago, IL 60601 | | 1,790.00 | NA | NA | 0.00 |
| | Contract Industries 6641 South Narragansett Bedford Park, IL 60638 | | 13,880.68 | NA | NA | 0.00 |
| | Country Mutual Insurance Company 1701 North Towanda Avenue Bloomington, IL 61701-2057 | | 25,261.13 | NA | NA | 0.00 |
| | Custom Commercial Enviroments 550 Bond Street Lincolnshire, IL 60669 | | 6,025.54 | NA | NA | 0.00 |
| | Eastlake Painting 800 South Wells Street Suite # M-40 Chicago, IL 60607 | | 8,684.00 | NA | NA | 0.00 |
| | Elite Elevator Systems, Inc. P.O. Box 176 17641 Princess Elizabeth Court Tinley Park, IL 60487 | | 71,281.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enclosers I, Inc. 5701 South Class Avenue Westmont, IL 60559 | | 15,660.50 | NA | NA | 0.00 |
| | F.H. Leinweber Company Inc. 9812 South Cicero Avenue Oak Lawn, IL 60453 | | 931.50 | NA | NA | 0.00 |
| | Geary Electric, Inc. 3151 Commercial Avenue Northbrook, IL 60062 | | 358,074.86 | NA | NA | 0.00 |
| | Granite Planet, Inc. 26 North Beach Avenue La Grange, IL 60525 | | 8,250.00 | NA | NA | 0.00 |
| | Great Lakes Plumbing & Heating 4521 West Diversey Avenue Chicago, IL 60639 | | 102,433.50 | NA | NA | 0.00 |
| | Hard Rock Concrete Cutters, Inc. 601 Chaddick Drive Wheeling, IL 60090-6053 | | 1,650.00 | NA | NA | 0.00 |
| | Harmon Inc, d/b/a Service Glass Co i/c Lien Master 23230 Chargrin Blvd, Suite 940 Beachwood, OH 44122 | | 6,540.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harmon Incorportated 4161 South Morgan Street Chicago, IL 60609 | | 58,490.00 | NA | NA | 0.00 |
| | Hillcraft 2202 North Ravenswood Chicago, IL 60613 | | 31,657.00 | NA | NA | 0.00 |
| | Home Depot PO Box 6029 The Lakes, NV 88901 | | 702.62 | NA | NA | 0.00 |
| | Illinois Dept. Public Health 122 S. Michigan, 7th Chicago, IL 60603 | | 23,346.20 | NA | NA | 0.00 |
| | J-MAC One North 050 Gary Avenue Carol Stream, IL 60188 | | 5,635.00 | NA | NA | 0.00 |
| | J. Livingston Company 333 North Michigan Avenue Chicago, IL 60601 | | 164,411.00 | NA | NA | 0.00 |
| | J.P. Larson Inc. P.O. Box 2597 Oak Lawn, IL 60455 | | 1,485.00 | NA | NA | 0.00 |
| | J.P. Phillips, Inc. 3220 Wolf Road Franklin Park, IL 60131 | | 36,130.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Janecyk Contruction Company, Inc. 2307 136th Street Blue Island, IL 60406 | | 42,752.80 | NA | NA | 0.00 |
| | Johanson Painting 2001 Eastview Drive Des Plaines, IL 60018 | | 6,918.00 | NA | NA | 0.00 |
| | Johns Plumbing 3116 North Cicero Avenue Chicago, IL 60641 | | 32,935.00 | NA | NA | 0.00 |
| | Jones & Cleary 6838 South Chicago Avenue Chicago, IL 60637 | | 33,122.49 | NA | NA | 0.00 |
| | Just Rite Acoustics, Inc. 1501 Estes Elk Grove Village, IL 60007 | | 25,092.00 | NA | NA | 0.00 |
| | KOR Plumbing Contractors, Inc. 153 Covington Drive Bloomingdale, IL 60108 | | 40,650.00 | NA | NA | 0.00 |
| | Kenna Construction Co. 330 Melvin Drive Unit #8 Northbrook, IL 60062 | | 29,313.00 | NA | NA | 0.00 |
| | Kinsale Contracting Group, Inc. 648 Blackhawk Drive Westmont, IL 60559 | | 153,225.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Konica Monolta Business Solutions Department CH 19188 Palatine, IL 60055-9188 | | 177.22 | NA | NA | 0.00 |
| | LaSalle Glass & Mirror Co. 401 North Armour Chicago, IL 60622 | | 52,375.00 | NA | NA | 0.00 |
| | Laborers' Pension & Welfare Fund 33367 Treasury Center Chicago, IL 60694-3300 | | 8,613.32 | NA | NA | 0.00 |
| | Liberty Hardware 140 Business Park Winston Salem, NC 27107 | | 1,800.59 | NA | NA | 0.00 |
| | Lohre Painting Co. Inc. 1750 Harding Road Northfield, IL 60093 | | 409,041.00 | NA | NA | 0.00 |
| | MLOA Church Street Station P.O. Box 6872 New York, NY 10249-6872 | | 2,803.38 | NA | NA | 0.00 |
| | Marvin Feig & Associates, Inc. 2311 North Pulaski Road Chicago, IL 60639 | | 950.00 | NA | NA | 0.00 |
| | Mary Klees 611 South Wells Unit # 705 Chicago, IL 60607 | | 127,942.94 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mauge 1629 North Milwaukee Chicago, IL 60647 | | 9,500.00 | NA | NA | 0.00 |
| | Minuteman Press 2308 South Elmhurst Road Mount Prospect, IL 60056 | | 137.28 | NA | NA | 0.00 |
| | Modernfold Door of Chicago 240 South Westgate Drive Carol Stream, IL 60188-2243 | | 36,750.00 | NA | NA | 0.00 |
| | Mr. David's Carpet Service, Ltd. 865 West Irving Park Road Itasca, IL 60143 | | 121,685.00 | NA | NA | 0.00 |
| | Murphy Marble Co. 11756 South Halsted Chicago, IL 60628 | | 11,070.00 | NA | NA | 0.00 |
| | National Decorating 2210 Camden Court Oak Brook, IL 60523 | | 38,411.00 | NA | NA | 0.00 |
| | Nick's Metal Fabricating 9132 West 47th Street Brookfield, IL 60513 | | 67,421.00 | NA | NA | 0.00 |
| | Noland Sales 815 Mittlel Drive Wood Dale, IL 60191 | | 45,983.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pension Performance, Inc. 2551 Division Street Suite #104 Joliet, IL 60435 | | 815.00 | NA | NA | 0.00 |
| | Pentegra Systems 650 West Grand Suite #315 Elmhurst, IL 60126 | | 29,650.00 | NA | NA | 0.00 |
| | Pientka Plumbing Contractors 14521 Trailway Lake Forest, IL 60045 | | 68,859.00 | NA | NA | 0.00 |
| | Precision Control Systems 1980 University Lane Lisle, IL 60532 | | 114,143.00 | NA | NA | 0.00 |
| | Premier Waste & Recycling 10823 South Langley Avenue Chicago, IL 60628 | | 11,576.75 | NA | NA | 0.00 |
| | Prime Scaffold 1220 North Ellis Street Bensenville, IL 60106 | | 650.66 | NA | NA | 0.00 |
| | Professional Decorating & Painting 7149 North Austin Avenue Niles, IL 60714-4617 | | 13,100.00 | NA | NA | 0.00 |
| | Professional Millwork 314 Saint Paul Boulevard Carol Stream, IL 60188 | | 38,463.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Progress Electric Company 5722 South Central Avenue Chicago, IL 60638 | | 219,699.00 | NA | NA | 0.00 |
| | Razor Construction, Inc. 7517 Comstock Lane Darien, IL 60561 | | 4,596.60 | NA | NA | 0.00 |
| | Rice Mechanical 809 West Estes Avenue Schaumburg, IL 60193 | | 82,794.00 | NA | NA | 0.00 |
| | Riordan, McKee, & Piper, LLC 20 North Wacker Drive Suite #910 Chicago, IL 60606 | | 36,619.61 | NA | NA | 0.00 |
| | Roger Klees 611 South Well Unit #705 Chicago, IL 60607 | | 76,367.78 | NA | NA | 0.00 |
| | Samrock Decorating Inc. 12757 S. LaCrosse Alsip, IL 60803 | | 17,088.00 | NA | NA | 0.00 |
| | Skyline 5821 West Dakin Street Chicago, IL 60634 | | 124,918.00 | NA | NA | 0.00 |
| | Sobotec, Ltd. 67 Burford Road Hamilton, Ontario L8E 3C6 | | 13,400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Specialties Drict 161 Tower Drvie Unit G Willowbrook, IL 60527 | | 9,780.00 | NA | NA | 0.00 |
| | Sprint PO Box 4181 Carol Stream, IL 60197 | | 129.32 | NA | NA | 0.00 |
| | St. Paul Insurance Co i/c Hinshaw & Culbertson LLP 22 North LaSalle, Suite 300 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | State Mechanical 1701 Quincy Avenue Suite #10 Naperville, IL 60540 | | 374,849.00 | NA | NA | 0.00 |
| | State Mechanical i/c Integrys 130 East Randolph Drive Chicago, IL 60601 | | 19,755.00 | NA | NA | 0.00 |
| | T-Mobile PO BOX 742596 Cincinnati, OH 45274-2596 | | 1,870.00 | NA | NA | 0.00 |
| | T. Manning Concrete, Inc. P.O. Box 1108 Huntley, IL 60142 | | 598.00 | NA | NA | 0.00 |
| | Team Fire Protection, Inc. 431 Lexington Drive Buffalo Grove, IL 60089 | | 141,265.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tempus Construction Services, Inc. 3613 North Richmond Road McHenry, IL 60051 | | 109,634.00 | NA | NA | 0.00 |
| | The IDM Group 200 North Michigan Avenue Chicago, IL 60601 | | 2,152.45 | NA | NA | 0.00 |
| | Trostrud Mosaic Tile Company 779 North Dillon Drive Wood Dale, IL 60191 | | 6,758.21 | NA | NA | 0.00 |
| | US Fire Protection 28427 North Ballard Unit H Lake Forest, IL 60045 | | 11,870.00 | NA | NA | 0.00 |
| | UST-GEPT Joint Ventrue, L. P. i/c Quarles & Brady LLP 300 North LaSalle Street #4000 Chicago, IL 60654 | | 51,602.00 | NA | NA | 0.00 |
| | Vortex Enterprises, Inc. 25 West Official Road Addison, IL 60101 | | 99,100.00 | NA | NA | 0.00 |
| | Werner-Nugent Plumbing, Inc. 14840 South McKinley Posen, IL 60469 | | 379,286.62 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 9,359.88 | 9,283.32 | 9,283.32 | 3,030.38 |
| 000015 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 1,366.51 | 1,366.51 | 446.07 |
| 000022 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 161.79 | 161.79 | 52.81 |
| 000023 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 1,434.74 | 1,434.74 | 468.35 |
| 000010 | ANDERSON LOCK | 7100-000 | NA | 20,844.91 | 20,844.91 | 6,804.46 |
| 000011 | BAUMGARTNER CONSTRUCTION CO. | 7100-000 | NA | 40,547.00 | 40,547.00 | 13,235.86 |
| 000018 | CAIN MILLWORK, INC. | 7100-000 | NA | 5,405.00 | 5,405.00 | 1,764.37 |
| 000026 | CITY OF CHICAGO | 7100-000 | 638,320.83 | 638,320.83 | 100,000.00 | 32,643.25 |
| 000001 | COMMONWEALTH EDISON COMPANY | 7100-000 | NA | 561.54 | 561.54 | 183.30 |
| 000002 | COUNTRY MUTUAL INSURANCE COMPANY | 7100-000 | NA | 5,028.58 | 5,028.58 | 1,641.49 |
| 000008B | HARMON, INC. | 7100-000 | NA | 42,028.60 | 42,028.60 | 13,719.50 |
| 000009 | HOTEL LINCOLN PARK LENDER LLC. | 7100-000 | NA | 2,384,689.03 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000028 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 6,890.00 | 931.00 | 303.91 |
| 000003B | INTERNATIONAL DECORATORS, INC. | 7100-000 | 514,595.00 | 49,628.14 | 0.00 | 0.00 |
| 000016 | INTERNATIONAL DECORATORS, INC. | 7100-000 | NA | 119,923.05 | 0.00 | 0.00 |
| 000025 | LOHRE PAINTING COMPANY, INC. | 7100-000 | NA | 86,754.70 | 86,754.70 | 28,319.56 |
| 000020 | PRECISION CONTROL SYSTEMS OF CHICAG | 7100-000 | NA | 32,767.00 | 32,767.00 | 10,696.22 |
| 000013 | PROGRESS ELECTRIC COMPANY | 7100-000 | NA | 150,885.45 | 150,885.45 | 49,253.93 |
| 000019 | SHAMROCK DECORATING INC. | 7100-000 | NA | 17,088.00 | 17,088.00 | 5,578.08 |
| 000012 | SPECIALTIES DRICT | 7100-000 | NA | 9,780.00 | 9,780.00 | 3,192.51 |
| 000007B | STATE MECHANICAL SERVICES LLC | 7100-000 | NA | 78,290.48 | 78,290.48 | 25,556.56 |
| 000005B | TEAM FIRE PROTECTION, INC. | 7100-000 | NA | 66,780.02 | 66,780.02 | 21,799.18 |
| 000004 | UST-GEPT JOINT VENTRUE, L. P. I/C | 7100-000 | NA | 173,459.05 | 173,459.05 | 56,622.68 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000027 | VORTEX ENTERPRISES, INC. | 7100-000 | NA | 122,028.61 | 122,028.61 | 39,834.11 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 6,601,407.27 | $ 4,063,946.35 | $ 965,426.30 | $ 315,146.58 |

Page: 1
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:    10-28842    JPC    Judge: Jacqueline P. Cox
Case Name:    Commercial Resources Construction

For Period Ending:    03/26/13

Trustee Name:    N. Neville Reid
Date Filed (f) or Converted (c):    06/28/10 (f)
341(a) Meeting Date:    08/30/10
Claims Bar Date:    01/11/12

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 7.69% interest in The Chicago Club, LLC a vacation | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Construction work completed for: Gold Coast Invest | 3,165,733.95 | 630,000.00 | | 630,000.00 | FA | 0.00 | 0.00 |
| 3. Construction Work completed for: Intergys Busines | 140,608.84 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Consecution work completed for: MB Real Estate 50 | 52,290.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Consecution work completed for: Cash net USA.com 2 | 81,970.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Construction work for: Transwestern SL Gale Naperv | 232,230.33 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Construction work completed for US Equal Employmen | 130,149.60 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Consecution work completed for UST-GEPT JV LP 500 | 103,751.40 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. Refund of Pension Plan Cost Reserve (u) | 0.00 | 0.00 | | 2,800.00 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $3,906,734.12 | $630,000.00 | | $632,800.00 | $0.00 | $0.00 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6-5-12 Order entered re Claim 7

Trustee settled principal mechanics lien claim for $600,000. Settlement payment is due 2/6/12; check received & deposited 2/6/12

Initial Projected Date of Final Report (TFR): 06/30/12

Current Projected Date of Final Report (TFR): 06/30/13

LFORM1.EX
UST Form 101-7-TDR (5/1/2011) (Page: 25)

Ver: 17.01

Page: 1
Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-28842 -JPC
Case Name: Commercial Resources Construction
Taxpayer ID No: *******3771
For Period Ending: 03/26/13

Trustee Name: N. Neville Reid
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******3463 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 483,486.38 | | 483,486.38 |
| 09/25/12 | 300001 | Pension Performance, Inc. 2551 Division Street, Suite 104 Joliet, IL 60543 | Fee of Closeout of 401(k) Plan Administrative | 2990-003 | | 2,238.25 | 481,248.13 |
| 09/25/12 | 300002 | Illinois Department of Labor 160 North LaSalle Street Chicago, IL 60601 | IRS Penalty 2010 Form 5500 Form 5500 was not filed, due to lack of payment | 2990-003 | | 750.00 | 480,498.13 |
| 09/27/12 | 300001 | Pension Performance, Inc. 2551 Division Street, Suite 104 Joliet, IL 60543 | Fee of Closeout of 401(k) Plan | 2990-003 | | -2,238.25 | 482,736.38 |
| 09/27/12 | 300003 | Pension Performance, Inc. 2551 Division Street, Suite 104 Joliet, IL 60543 | Fee of Closeout of 401(k) Plan Administrative | 2990-000 | | 2,800.00 | 479,936.38 |
| 10/22/12 | 300002 | Illinois Department of Labor 160 North LaSalle Street Chicago, IL 60601 | IRS Penalty 2010 Form 5500 | 2990-003 | | -750.00 | 480,686.38 |
| 10/22/12 | 300004 | United States Department of Labor | IRS Penalty 2010 and 2011 Form 5500 CRC 401(k) Plan late fee related to Filings Sending check to DFVCP, P.O. Box 70933, Charlotte, NC 28272-0933 (enclosing electronically signed Form 5500 for 2010 and 2011) per Joyce A. Raupach, | 2990-000 | | 1,500.00 | 479,186.38 |

|  | | | Page Subtotals | | 483,486.38 | 4,300.00 | |

LFORM24    UST Form 101-7-TDR (5/1/2011) (Page: 26)

Ver: 17.01

Page: 2

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-28842 -JPC | | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|
| Case Name: | Commercial Resources Construction | | Bank Name: | ASSOCIATED BANK |
| Taxpayer ID No.: | *******3771 | | Account Number / CD #: | *******3463 Checking Account |
| For Period Ending: | 03/26/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Pension Consultant | | | | | |
| 12/05/12 | 300005 | Clerk of the Bankruptcy Court Dirksen Federal Building 219 South Dearborn Street Chicago, IL 60604 | Copy of Certified Order [Dkt 94] December 5, 2012 for Case No. 10-28842  "Order Granting Trustee's Motion to Authorize American Funds to Remit Funds to Trustee in Aid of Closing Date" ($11.00 certified copy fee and 10 cents for the actual copying) | 3992-000 | | 11.10 | 479,175.28 |
| 12/10/12 | 300006 | N. Neville Reid as Trustee 200 West Madison Street Chicago, IL 60606 | Chapter 7 Compensation / Expenses Dkt 97 - Order dated 12-6-12 | 2100-000 | | 34,750.00 | 444,425.28 |
| 12/18/12 | 9 | American Funds P.O. Box 6007 Indianapolis, IN 46206-6007 Reimbursement of Closeout of 401(k) Plan | Forfeiture Acct 83914368 | 1290-000 | 2,800.00 | | 447,225.28 |
| 12/20/12 | 300007 | Fox, Swibel, Levin & Carroll, LLP. 200 West Madison Street, Ste. 3000 Chicago, IL 60606 | Attorney Compensation / Expenses Dkt 99 - Order dated 12-18-12.  Fees        77,626.50 Expenses     4,901.81 | 3110-000 3120-000 | | 82,528.31 | 364,696.97 |
| 12/27/12 | 300008 | Lois West Popower Katten Ltd. 35 East Wacker Drive, Suite 1550 | Other Chapter 7 Administrative Expe | 2990-000 | | 2,533.00 | 362,163.97 |
| | | | | Page Subtotals | 2,800.00 | 119,822.41 | |

Ver: 17.01

Page: 3

Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-28842 -JPC |
|---|---|
| Case Name: | Commercial Resources Construction |
| Taxpayer ID No: | *******3771 |
| For Period Ending: | 03/26/13 |

| Trustee Name: | N. Neville Reid |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3463  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60601 | | | | | 358,824.07 |
| 12/27/12 | 300009 | Laborers' Pension Fund and the Laborers' Welfare C 111 W Jackson Blvd Suite 1415 Chicago, IL 60604 | Claim 000006, Payment 100.000000% | 5400-000 | | 3,339.90 | |
| 12/27/12 | 300010 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664 | Claim 000028, Payment 100.000000% | 5800-000 | | 5,959.00 | 352,865.07 |
| 12/27/12 | 300011 | Commonwealth Edison Company 3 Lincoln Center Attn: Bankruptcy Section Oakbrook Terrace, IL 60181 | Claim 000001, Payment 32.64238% | 7100-000 | | 183.30 | 352,681.77 |
| 12/27/12 | 300012 | Country Mutual Insurance Company PO Box 2100 Bloomington, IL 61702 | Claim 000002, Payment 32.64321% | 7100-000 | | 1,641.49 | 351,040.28 |
| 12/27/12 | 300013 | UST-GEFT Joint Ventrue, L. P. i/c Quarles & Brady LLP 300 North LaSalle Street #4000 Chicago, IL 60654 | Claim 000004, Payment 32.64325% | 7100-000 | | 56,622.68 | 294,417.60 |
| 12/27/12 | 300014 | Team Fire Protection, Inc. C/O Adam C Toosley Esq Clark Hill PLC | Claim 000005B, Payment 32.64327% | 7100-000 | | 21,799.18 | 272,618.42 |
| | | | Page Subtotals | | 0.00 | 89,545.55 | |

UST Form 101-7-TDR (5/1/2011) (Page: 28)

Ver: 17.01

Page: 4

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:    10-28842 -JPC
Case Name:  Commercial Resources Construction

Taxpayer ID No:    *******3771
For Period Ending:  03/26/13

Trustee Name:
Bank Name:    ASSOCIATED BANK
Account Number / CD #:    *******3463  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

N. Neville Reid

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 150 N Michigan Ave, Suite 700 Chicago, IL 60607 | | | | | |
| 12/27/12 | 300015 | State Mechanical Services LLC C/O Chitkowski Law Offices 801 Warrenville Road Suite 620 Lisle, IL 60532 | Claim 000007B, Payment 32.64325% | 7100-000 | | 25,556.56 | 247,061.86 |
| 12/27/12 | 300016 | Harmon, Inc. c/o Kori M. Bazanos 100 W. Monroe St., Ste. 2100 Chicago, IL 60603 | Claim 000008B, Payment 32.64325% | 7100-000 | | 13,719.50 | 233,342.36 |
| 12/27/12 | 300017 | Anderson Lock P.O. Box 2294 Des Plaines, IL 60017 | Claim 000010, Payment 32.64327% | 7100-000 | | 6,804.46 | 226,537.90 |
| 12/27/12 | 300018 | Baumgartner Construction Co. 30 West 751 North Aurora Road Naperville, IL 60563 | Claim 000011, Payment 32.64325% | 7100-000 | | 13,235.86 | 213,302.04 |
| 12/27/12 | 300019 | Specialties Drict 161 Tower Drvie Unit G Willowbrook, IL 60527 | Claim 000012, Payment 32.64325% | 7100-000 | | 3,192.51 | 210,109.53 |
| 12/27/12 | 300020 | Progress Electric Company 5722 South Central Avenue Chicago, IL 60638 | Claim 000013, Payment 32.64326% | 7100-000 | | 49,253.93 | 160,855.60 |
| | | | Page Subtotals | | 0.00 | 111,762.82 | |

LFORM24   UST Form 101-7-TDR (5/1/2011) (Page: 29)

Ver: 17.01

Page: 5
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-28842 -JPC |
| Case Name: | Commercial Resources Construction |
| Taxpayer ID No: | *******3771 |
| For Period Ending: | 03/26/13 |

| Trustee Name: | N. Neville Reid |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3463  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/27/12 | 300021 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000014, Payment 32.64328% | 7100-000 | | 3,030.38 | 157,825.22 |
| 12/27/12 | 300022 | American Express Bank, FSB c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000015, Payment 32.64301% | 7100-000 | | 446.07 | 157,379.15 |
| 12/27/12 | 300023 | Cain Millwork, Inc. c/o Lucas Fuksa 70 W. Erie, 2nd Fl. Chicago, IL 60654 | Claim 000018, Payment 32.64329% | 7100-000 | | 1,764.37 | 155,614.78 |
| 12/27/12 | 300024 | Shamrock Decorating Inc. 12757 S. LaCrosse Alsip, IL 60803 | Claim 000019, Payment 32.64326% | 7100-000 | | 5,578.08 | 150,036.70 |
| 12/27/12 | 300025 | Precision Control Systems of Chicago c/o Patrick G. Donnelly,Donnelly, Lipinski & Harris, LLC 29 S. LaSalle St., Suite 1210 Chicago, IL 60603 | Claim 000020, Payment 32.64327% | 7100-000 | | 10,696.22 | 139,340.48 |
| 12/27/12 | 300026 | American InfoSource LP as agent for T Mobile/T-Mob PO Box 248848 Oklahoma City, OK 73124-8848 | Claim 000022, Payment 32.64108% | 7100-000 | | 52.81 | 139,287.67 |

| | | | | Page Subtotals | 0.00 | 21,567.93 | |

Ver: 17.01

Page: 6
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-28842 -JPC |
|---|---|
| Case Name: | Commercial Resources Construction |
| Taxpayer ID No: | *******3771 |
| For Period Ending: | 03/26/13 |

| Trustee Name: | N. Neville Reid |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3463  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/27/12 | 300027 | American InfoSource LP as agent for T Mobile/T-Mob PO Box 248848 Oklahoma City, OK 73124-8848 | Claim 000023, Payment 32.64355% | 7100-000 | | 468.35 | 138,819.32 |
| 12/27/12 | 300028 | Lohre Painting Company, Inc. Attn: Karl Lohre 1750 Harding Road Northfield, IL 60093 | Claim 000025, Payment 32.64326% | 7100-000 | | 28,319.56 | 110,499.76 |
| 12/27/12 | 300029 | City of Chicago Attn. Charles A. King Chicago Dept. of Law 30 N. LaSalle St., Suite 1400 Chicago, IL 60602 | Claim 000026, Payment 32.64325% | 7100-000 | | 32,643.25 | 77,856.51 |
| 12/27/12 | 300030 | Vortex, Enterprises, Inc. Christopher J. Harney, Esq. Seyfarth Shaw LLP 131 S. Dearborn Street, Suite 2400 Chicago, IL 60603 | Claim 000027, Payment 32.64325% | 7100-000 | | 39,834.11 | 38,022.40 |
| 12/27/12 | 300031 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664 | Claim 000028, Payment 32.64339% | 7100-000 | | 303.91 | 37,718.49 |
| 12/27/12 | 300032 | Jones & Cleary Roofing Co Inc Attn: William Cleary 6838 So South Chicago Avenue | Claim 000017, Payment 100.00000% | 4210-000 | | 33,122.49 | 4,596.00 |
| | | | | Page Subtotals | 0.00 | 134,691.67 | |

LFORM24   UST Form 101-7-TDR (5/1/2011) (Page: 31)

Ver: 17.01

Page: 7

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No.: | 10-28842 -JPC | |
| Case Name: | Commercial Resources Construction | |
| | | Trustee Name: | N. Neville Reid |
| | | Bank Name: | ASSOCIATED BANK |
| Taxpayer ID No: | *******3771 | |
| For Period Ending: | 03/26/13 | Account Number / CD #: | *******3463  Checking Account |
| | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| 12/27/12 | 300033 | Frank L. Smith (Razor Construction)<br>7517 Comstock Ln<br>Darien, IL 60561 | Claim 000021, Payment 100.000000% | 4210-000 | | 4,596.00 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 486,286.38 | 486,286.38 |
| Less: Bank Transfers/CD's | | 483,486.38 | 0.00 |
| Subtotal | | 2,800.00 | 486,286.38 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 2,800.00 | 486,286.38 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 4,596.00 |

Chicago, IL 60637

Page: 8

FORM 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-28842 -JPC |
| Case Name: | Commercial Resources Construction |
| Taxpayer ID No: | *******3771 |
| For Period Ending: | 03/26/13 |

| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7054  BofA – Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 02/06/12 | 2 | Hotel Lincoln Park Lender, LLC 225 W. Hubbard 4th Floor Chicago, IL  60654 | Lien Settlement | | 1149-000 | 630,000.00 | | 630,000.00 |
| 02/09/12 | 000301 | Riordan, McKee & Piper, LLC 20 North Wacker Drive, Suite 910 Chicago, IL 60606 | Allowance of Fees and Expenses First & Final Application for Compensation Per Court Order [Dkt. 50] | | | | 135,465.81 | 494,534.19 |
| | | | Fees | 126,000.00 | 3210-000 | | | |
| | | | Expenses | 9,465.81 | 3220-000 | | | |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 2600-000 | | 608.03 | 493,926.16 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 2600-000 | | 627.53 | 493,298.63 |
| 05/02/12 | 000302 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | Blanket Bond Disbursement Premium | | 2300-000 | | 227.01 | 493,071.62 |
| 05/08/12 | 000303 | C2 Legal of Illinois 20 North Clark Street, Suite 300 Chicago, IL 60602 | Copying & Postage 11/30/11 Settlement Agreement & Riordan Fee Application | | 2990-000 | | 1,263.74 | 491,807.88 |
| 06/22/12 | 000304 | Fox, Hefter, Swibel, Levin & Carroll,LLP | First Interim Fees & Expenses 7/21/10 - 9/30/10 | | | | 8,321.50 | 483,486.38 |
| | | | Fees | 8,301.50 | 3110-000 | | | |
| | | | | | Page Subtotals | 630,000.00 | 146,513.62 | |

Ver: 17.01

Page: 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-28842 -JPC |
|---|---|
| Case Name: | Commercial Resources Construction |
| Taxpayer ID No: | *******3771 |
| For Period Ending: | 03/26/13 |

| Trustee Name: | N. Neville Reid |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7054  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | | 0.00 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | Expenses | 20.00 | 3120-000 | | | |
| | | FINAL TRANSFER | | | 9999-000 | | 483,486.38 | 0.00 |

| | | Deposits ($) | Disbursements ($) | |
|---|---|---|---|---|
| COLUMN TOTALS | | 630,000.00 | 630,000.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 483,486.38 | |
| Subtotal | | 630,000.00 | 146,513.62 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 630,000.00 | 146,513.62 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| Checking Account - *******3463 | 2,800.00 | 486,286.38 | 0.00 |
| BofA - Checking Account - *******7054 | 630,000.00 | 146,513.62 | 0.00 |
| | 632,800.00 | 632,800.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits ($) | Disbursements ($) | Balances ($) |
|---|---|---|---|
| Page Subtotals | 0.00 | 483,486.38 | |

Ver: 17.01



*111019993*
02/11/2012
0292571717

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*712060*
*1*
*2349*
*00002-00699*

Allowance of Fees and Expenses
First & Final Application for Compensation

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

**BANK OF AMERICA, N.A.**

CHECK NUMBER
**301**

| DATE | AMOUNT |
|---|---|
| 02/09/12 | ****135,465.81 |

2572262

PAY TO THE ORDER OF

Riordan, McKee & Piper, LLC
20 North Wacker Drive, Suite 910
Chicago, IL 60606

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 10-28842 | JPC | Debtor: Commercial Resources Construction C |

One Hundred Thirty Five Thousand Four Hundred Sixty Five
Dollars And 81/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000301⑈ ⑆111000012⑆ 3756187054⑈

⑈000301⑈ ⑆111000012⑆ ⑈3756187054⑈ ⑈0013546581⑈



>075900575<Associated Bank <20120209> <002200221893>

PAY TO THE ORDER OF
ASSOCIATED BANK
CHICAGO, IL  60601 1014
PTD70087054
FOR DEPOSIT ONLY
RIORDAN MCKEE & PIPER LLC
2152107327

↓Do not endorse or write below this line↓



*111019993*
05/08/2012
6292454758

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*2807794*
*1*
*360*
*00001-00721*

Blanket Bond Disbursement Premium

**BANK OF AMERICA, N.A.**    CHECK NUMBER

32-1/1110 TX    **302**
0

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

DATE    AMOUNT

05/02/12    *********227.01

2572290

PAY TO THE ORDER OF

CASE NUMBER    ESTATE OF

10-28842    JPC    Debtor: Commercial Resources Construction C

International Sureties, Ltd.
Suite 420
701 Poydras St.
New Orleans, LA 70139

Two Hundred Twenty Seven Dollars And 01/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈00030 2⑈ ⑆11100001⑈ 3756187054⑈

⑈000 30 2⑈ ⑆11100001⑆ ⑈375618 70 54⑈ ⑆00000 2270 1⑈



Do not endorse or write below this line↓



This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

Copying & Postage

2572286
PAY TO THE ORDER OF

C2 Legal of Illinois
20 North Clark Street, Suite 300
Chicago, IL 60602

BANK OF AMERICA, N.A.

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

CHECK NUMBER
**303**

DATE          AMOUNT
05/08/12    *******1,263.74

CASE NUMBER          ESTATE OF
10-28842    JPC    Debtor: Commercial Resources Construction C

One Thousand Two Hundred Sixty-Three Dollars And 74/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑇"000303"⑇ ⑆:111000012: 3756187054"⑈

⑇"000303"⑈ ⑆:111000012: 3756187054"⑈ ⑇"000012 6374"⑈

↓Do not endorse or write below this line↓



*1110199973*
06/27/2012
9692329183

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*16856513*
*1*
*1245*
*00001-00491*

First Interim Fees & Expenses
7/21/10 - 9/30/10

**BANK OF AMERICA, N.A.**

CHECK NUMBER
**304**

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

2572312

PAY TO THE ORDER OF

Fox, Hefter, Swibel, Levin & Carroll, LLP

| DATE | AMOUNT |
|------|--------|
| 06/22/12 | *******8,321.50 |

| CASE NUMBER | | | | | ESTATE OF |
|---|---|---|---|---|---|
| 10-28842 | JPC | | Debtor: Commercial Resources Construction C |

*Eight Thousand Three Hundred Twenty One Dollars And 50/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈"000304"⑈ ⑆111000012⑆ 375618705 4⑈

⑈"000304"⑈ 4⑆111000012⑆ ⑈"375618705 4"⑈ ⑈"000083215 0"⑈

Credited to Acct
14935579519b
Return Acct 14935579519b

**Do not endorse or write below this line↓**



 

 

 



 

  





























































Equal Housing Lender.  Member FDIC and Associated Banc-Corp.





N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Fee of Closeout of 401(k) Plan
Administrative

**CHECK NUMBER**
**300003**

DATE: 09/27/12    AMOUNT: $*******2,800.00

NUMBER          ESTATE OF
10-28842   JPC   Debtor: Commercial Resources Construction

**PAY TO THE ORDER OF**

Pension Performance, Inc.
2551 Division Street, Suite 104
Joliet, IL 60543

*Two Thousand Eight Hundred Dollars And 00/100*

THIS CHECK VOID AFTER 90 DAYS

⑈300003⑈ ⑆075900575⑆ 2223273463⑈



ENDORSE HERE
X
FOR DEPOSIT ONLY
PENSION PERFORMANCE, INC.
68077-3474

Equal Housing Lender.  Member FDIC and Associated Banc-Corp.